**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF OREGON

Case number *(if known)* _____  Chapter  **7**

☐ Check if this an
  amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

**4/16**

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| **1.** | **Debtor's name** | **Poler, Inc.** | |
| **2.** | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | **DBA  Poler Stuff** <br> **DBA  Camp Vibes** <br> **DBA  Wonder Blunder** <br> **DBA  Poler** <br> **FDBA  Poler, LLC** <br> **FDBA  Polerstuff.com, LLC** <br> **FDBA  Poler Store, LLC** | |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | **46-0986952** | |

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **413 SW 10th Ave** <br> **Portland, OR 97205** <br> Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Multnomah** <br> County | **Location of principal assets, if different from principal place of business** <br> <br> Number, Street, City, State & ZIP Code |

**5. Debtor's website** (URL)  **polerstuff.com**

**6. Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Case 18-34162-tmb7    Doc 1    Filed 11/30/18

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

__4511__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☑ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No.

☐ Yes.

| | | | | | |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

☑ No

☐ Yes.

| | | | | | |
|---|---|---|---|---|---|
| Debtor | _____ | | | Relationship | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

Case 18-34162-tmb7    Doc 1    Filed 11/30/18

**11. Why is the case filed in *this district*?**

*Check all that apply:*

- ☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☐ No

☑ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

  What is the hazard? _____

- ☐ It needs to be physically secured or protected from the weather.

- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

- ☑ Other   **Certain applications for trademarks are set for termination in 2019 unless additional work on them is performed.**

**Where is the property?** _____
            Number, Street, City, State & ZIP Code

**Is the property insured?**

☑ No

☐ Yes.   Insurance agency _____

        Contact name _____

        Phone _____

---

**■ Statistical and administrative information**

**13. Debtor's estimation of available funds**   .   *Check one:*

- ☑ Funds will be available for distribution to unsecured creditors.

- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☑ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☑ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☑ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Case 18-34162-tmb7    Doc 1    Filed 11/30/18

| Debtor | **Poler, Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **November 30, 2018**
            MM / DD / YYYY

**X /s/ Scott Ruse**                      **Scott Ruse**
Signature of authorized representative of debtor      Printed name

Title    **CFO**

**18. Signature of attorney**

**X /s/ Stephen T. Boyke**           Date   **November 30, 2018**
Signature of attorney for debtor                       MM / DD / YYYY

**Stephen T. Boyke 881628**
Printed name

**Law Office of Stephen T. Boyke**
Firm name

**10122 SW Barbur Blvd., Suite 206A**
**Portland, OR 97219**
Number, Street, City, State & ZIP Code

Contact phone                      Email address

**881628**
Bar number and State

# United States Bankruptcy Court
## District of Oregon

In re **Poler, Inc.** _____  Case No. _____
                                                   Debtor(s)       Chapter    **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
    compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
    be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept ................................................  $ _____ **34,407.30**

    Prior to the filing of this statement I have received .....................................  $ _____ **34,407.30**

    Balance Due ....................................................................................  $ _____ **0.00**

2.  $ **335.00** of the filing fee has been paid.

3.  The source of the compensation paid to me was:

    ■ Debtor      ☐ Other (specify):

4.  The source of compensation to be paid to me is:

    ■ Debtor      ☐ Other (specify):

5.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
       copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]
        **Of the $34,407.30 paid in past year, approximately $6,000.00 relates to pre-bankruptcy analysis and education,
        approximately $16,072.30 relates to attempted business sale and corporate matters and $12,335.00 is an earned
        on receipt flat fee for this bankruptcy case, assistance with cessation of business operations and post-petition
        assistance with possible sale of assets.**

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Legal representation does not include representation of debtor in any adversary proceedings, contested matters,
    U.S. Trustee audits, Rule 2004 examinations,  conversion to a chapter 11 case, current litigation or tax matters.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

**November 30, 2018** _____          /s/ Stephen T. Boyke
_Date_                                                 **Stephen T. Boyke 881628**
                                                       _Signature of Attorney_
                                                       **Law Office of Stephen T. Boyke**
                                                       **10122 SW Barbur Blvd., Suite 206A**
                                                       **Portland, OR 97219**
                                                       _____
                                                       _Name of law firm_

Fill in this information to identify the case:

Debtor name    **Poler, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF OREGON

Case number (if known)  _____

☐ Check if this is an
   amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■  *Schedule H: Codebtors* (Official Form 206H)
- ■  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐  Amended *Schedule*
- ☐  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐  Other document that requires a declaration  _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **November 30, 2018**            *X* **/s/ Scott Ruse**
                                                Signature of individual signing on behalf of debtor

                                                **Scott Ruse**
                                                Printed name

                                                **CFO**
                                                Position or relationship to debtor

Fill in this information to identify the case:

Debtor name  **Poler, Inc.**

United States Bankruptcy Court for the:  DISTRICT OF OREGON

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206Sum
### Summary of Assets and Liabilities for Non-Individuals

**12/15**

---

**Part 1:  Summary of Assets**

1.  **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
        Copy line 88 from *Schedule A/B*.....................................................................................................    $     **0.00**

    1b. **Total personal property:**
        Copy line 91A from *Schedule A/B*.................................................................................................    $     **979,944.38**

    1c. **Total of all property:**
        Copy line 92 from *Schedule A/B*...................................................................................................    $     **979,944.38**

---

**Part 2:  Summary of Liabilities**

2.  **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*..................    $     **2,006,746.43**

3.  **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
        Copy the total claims from Part 1 from line 5a of *Schedule E/F*.........................................................    $     **2,265.21**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
        Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................    +$     **248,263.76**

4.  **Total liabilities** ..........................................................................................................
    Lines 2 + 3a + 3b      $     **2,257,275.40**

Case 18-34162-tmb7    Doc 1    Filed 11/30/18

Fill in this information to identify the case:

Debtor name    **Poler, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF OREGON

Case number (if known) _____

☐ Check if this is an
    amended filing

## Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No.  Go to Part 2.
   ■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
| --- | --- | --- | --- |

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | **General checking account.  Balance stated does not deduct monthly bank fees for 11/18. Acct. No. Ending 7388. Wells Fargo Bank PO Box 63020 San Francisco, CA 94163** | **Checking** | **7388** | **$13,907.30** |
| 3.2. | **General checking account for Polerstuff.com, LLC (merged into debtor 1/2/18). Acct No. Ending 7396. Wells Fargo Bank PO Box 63020 San Francisco, CA 94163 Account has remained open to capture periodic merchant account deposits. Account swept daily to debtor's checking account.** | **Checking** | **7396** | **$0.00** |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Case 18-34162-tmb7    Doc 1    Filed 11/30/18

| | | | | |
|---|---|---|---|---|
| 3.3. | **General checking account for Poler, LLC (merged into debtor 1/2/18). Acct No. Ending 2378. Wells Fargo Bank PO Box 63020 San Francisco, CA 94163 Account has remained open to capture periodic merchant account deposits. Account swept daily to debtor's checking account.** | **Checking** | **2378** | **$0.00** |
| 3.4. | **General checking account for Poler Store, LLC (merged into debtor 1/2/18). Acct No. Ending 7370. Wells Fargo Bank PO Box 63020 San Francisco, CA 94163 Account has remained open to capture periodic merchant account deposits. Account swept daily to debtor's checking account.** | **Checking** | **7370** | **$0.00** |

4.      **Other cash equivalents** *(Identify all)*

5.      **Total of Part 1.**

         Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

                                                                  **$13,907.30**

| Part 2: | **Deposits and Prepayments** |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

     ☐ No.  Go to Part 3.
     ■ Yes Fill in the information below.

7.      **Deposits, including security deposits and utility deposits**
         Description, including name of holder of deposit

| | | |
|---|---|---|
| 7.1. | **Security Deposit and prepaid storage rent for prior offices. Landlord:  Bridgehead Master Tenant LLC (see Schedule D).** | **$5,627.50** |
| 7.2. | **Security Deposit for Portland, OR retail store. Landlord:  Magnolia Properties  (see Schedule D). Rent current through 11/30/18.** | **$38,733.00** |
| 7.3. | **Security Deposit for Laguna Beach, CA retail store  (see Schedule D). Landlord:  Laguna Coast Properties.** | **$14,000.00** |

8.      **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
         Description, including name of holder of prepayment

| | | |
|---|---|---|
| 8.1. | **Prepayment for ongoing services. Vendor:  Lightspeed. Point of Sale software and merchant processing access. Paid through 2/14/19.** | **$1,782.00** |
| 8.2. | **Prepayment for ongoing services. Vendor:  Trustwave Holdings (cloud monitoring log).** | **$5,450.00** |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

Case 18-34162-tmb7    Doc 1    Filed 11/30/18

**Prepaid through 2/1/21 (three year contract).**

---

**Prepayment for ongoing services.**
**Vendor:  Pacific Power.**
8.3.  **Prepaid for approx. two months for Portland retail store.**                        **$602.66**

---

**Prepayment for ongoing services.**
**Vendor:  Innovative Systems LLC.**
8.4.  **Full Circle ERP prepaid for two months.**                                          **$600.00**

---

**Prepayment for ongoing services.**
**Vendor:  DirectOne.**
8.5.  **CloudWorkspace Quickbooks hosting prepaid for two months.**                       **$1,090.00**

---

**Prepayment for ongoing services.**
**Vendor:  Google Drive.**
8.6.  **Online e-mail store prepaid through January 2019.**                                **$800.00**

---

**Prepayment for ongoing services.**
**Vendor:  Dropbox.**
8.7.  **Online storage prepaid through approx. 1/21/19.**                                  **$700.00**

---

**Prepayment for ongoing services.**
**Vendor:  HSI Security.**
**Security monitoring for Portland retail store.**
8.8.  **Prepaid for three months.**                                                        **$111.00**

---

**Prepayment for ongoing services.**
**Vendor:  Comcast.**
**Internet and telephone services.**
8.9.  **Prepaid through January 2019.**                                                    **$500.00**

---

9.     **Total of Part 2.**                                                    | **$69,996.16** |

       Add lines 7 through 8. Copy the total to line 81.

**Part 3:      Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.    **Accounts receivable**

       11a. 90 days old or less:        **7,041.73**      -              **0.00**     = ....        **$7,041.73**
                                     face amount                 doubtful or uncollectible accounts

       11b. Over 90 days old:           **769.64**        -             **769.64**    = ....           **$0.00**
                                     face amount                 doubtful or uncollectible accounts

---

Case 18-34162-tmb7    Doc 1    Filed 11/30/18

| | |
|---|---|
| 12.   **Total of Part 3.** | $7,041.73 |
|      Current value on lines 11a + 11b = line 12.  Copy the total to line 82. | |

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.   **Raw materials** | | | | |
| 20.   **Work in progress** | | | | |
| 21.   **Finished goods, including goods held for resale**<br>**Retail inventory located at OIA Global (located in Portland, OR).**<br>**Subject to warehouseman possessory lien (see Schedule D.** | 11/10/18 | $125,990.95 | Cost | $125,990.95 |
| **Retail inventory located at Ramp Logistics (in Irvine, CA).**<br>**Subject to warehouseman possessory lien (see Schedule D).** | 10/18 | $55,487.05 | Cost | $55,487.05 |
| **Retail inventory located at Best Logistics Solutions (located in Kowlooh, Hong Kong). Possibly subject to warehouseman possessory lien or equivalent (see Schedule D).** | 10/18 | $6,882.20 | Cost | $6,882.20 |
| **Retail inventory (located at debtor's retail store in Portland, OR).** | 10/18 | $34,606.94 | Cost | $34,606.94 |

Case 18-34162-tmb7    Doc 1    Filed 11/30/18

| | | | | |
|---|---|---|---|---|
| **Misc. inventory, samples, prototypes at Public Storage facility (located in Portland, OR).** **Monthly rent prepaid through 12/18.** | 10/18 | $5,523.21 | Liquidation | $5,523.21 |
| **Inventory held at manufacturer Autrada/AcoSewingArt (located in Burnaby, BC, Canada).** **Subject to possessory lien or equivalent (see Schedule D).** **Debtor paid deposit of $12,850.80 for these two inventory orders.** | 10/18 | $33,897.49 | Cost | $33,897.49 |
| **Inventory held at manufacturer Gaomi Action Discovery Sports Co Ltd (located in Goami CIty, China).** **Subject to possessory lien or equivalent (see Schedule D).** **Debtor paid deposit of $41,250.00 for this one inventory order.** | 10/18 | $156,581.00 | Cost | $156,581.00 |
| **Inventory held at manufacturer GrantGo LT (located in Kowloon, Hong Kong).** **Subject to possessory lien or equivalent (see Schedule D).** **Debtor paid deposit of $29,912.44 for these two inventory orders.** | 10/18 | $104,379.05 | Cost | $104,379.05 |
| **Inventory held at manufacturer MR International Ltd (located in Kowloon, Hong Kong).** **Subject to possessory lien or equivalent (see Schedule D).** **Debtor paid deposit of $74,983.77 for these nineinventory orders.** | 10/18 | $245,799.20 | Cost | $245,799.20 |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Case 18-34162-tmb7   Doc 1   Filed 11/30/18

**Inventory held at manufacturer Yan Yu International Company Limited (located in Tsuen Wan, N T Hong Kong).**
**Subject to possessory lien or equivalent (see Schedule D).**
**Debtor paid deposit of $26,292.00 for these two inventory and one photo sample orders.**  | 10/18 | $87,669.80 | Cost | $87,669.80

---

22. **Other inventory or supplies**

23. **Total of Part 5.**

    Add lines 19 through 22. Copy the total to line 84. | $856,816.89

24. **Is any of the property listed in Part 5 perishable?**
    ■ No
    ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
    ■ No
    ☐ Yes. Book value _____ Valuation method _____ Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

**Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

    ■ No.  Go to Part 7.
    ☐ Yes Fill in the information below.

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

    ☐ No.  Go to Part 8.
    ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture**<br>Office furniture | $2,921.00 | Liquidation | $1,600.00 |
| Office Fixtures | $448.00 | Liqudation | $425.00 |
| Office equipment, computers, printers | $3,200.00 | Liquidation | $3,715.00 |

40. **Office fixtures**

Case 18-34162-tmb7    Doc 1    Filed 11/30/18

41. **Office equipment, including all computer equipment and communication systems equipment and software**

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**

    Add lines 39 through 42. Copy the total to line 86.

    | | |
    |---|---:|
    | | **$5,740.00** |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

    ☐ No

    ■ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

    ■ No

    ☐ Yes

## Part 8:   Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

    ■ No.  Go to Part 9.

    ☐ Yes Fill in the information below.

## Part 9:   Real property

54. **Does the debtor own or lease any real property?**

    ☐ No.  Go to Part 10.

    ■ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **413 SW 10th Ave Portland, OR 97205 Leased premises for Portland, OR retail store.**<br><br>See Schedule D. | Lease | Unknown | N/A | Unknown |

56. **Total of Part 9.**

    Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

    | | |
    |---|---:|
    | | **$0.00** |

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

    ☐ No

    ■ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

    ■ No

    ☐ Yes

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Case 18-34162-tmb7    Doc 1    Filed 11/30/18

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** **Resigtered trademarks (US and international) and registered US patent.** **See attached Exhibit AB-60.** **Note:  Seven trademarks are subject to a security interest and UCC-1 filing in favor or Primer Seawood Investment PTE LTD (see Schedule D and Exhbit AB-60).** | **$9,492.00** | Liquidation | Unknown |
| 61. **Internet domain names and websites** **Domain name and website polerstuff.com.** | **$0.00** | Liquidation | Unknown |
| 62. **Licenses, franchises, and royalties** | | | |
| 63. **Customer lists, mailing lists, or other compilations** **Customer list of e-mail addresses (177,578 e-mail addresses).** | **$0.00** | Liquidation | Unknown |
| 64. **Other intangibles, or intellectual property** | | | |
| 65. **Goodwill** **Goodwill.** | **$346,216.00** | Liquidation | Unknown |

| 66. | **Total of Part 10.** | | **$0.00** |
|---|---|---|---|
| | Add lines 60 through 65. Copy the total to line 89. | | |

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
■ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
■ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 11: | All other assets |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
■ Yes Fill in the information below.

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

|  |  | Current value of<br>debtor's interest |
|--|--|---------------------------------------|

**71.** Notes receivable
Description (include name of obligor)
**Written obligation to reimburse debtor $25,000.00 for two month's of consulting fees debtor paid Cape Capener. Obligee is Primer Seawood Investments PTE LTD.**

| 25,000.00 | - | 0.00 | = |
|-----------|---|------|---|
| Total face amount | | doubtful or uncollectible amount | |

**$25,000.00**

**72.** Tax refunds and unused net operating losses (NOLs)
Description (for example, federal, state, local)

| **NOL of $2,657,196 carried forward.** | Tax year **2015** | **Unknown** |
|----------------------------------------|-------------------|-------------|
| **NOL of $1,715,569 carried forward.** | Tax year **2016** | **Unknown** |
| **NOL of $1,582,292 carried forward.** | Tax year **2017** | **Unknown** |

**73.** Interests in insurance policies or annuities

**74.** Causes of action against third parties (whether or not a lawsuit has been filed)

**75.** Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims

**76.** Trusts, equitable or future interests in property

**77.** Other property of any kind not already listed *Examples:* Season tickets, country club membership
**Tradeshow booth and subject to $150/mo storage rent, paid through 1/19). Original cost approx. $10,000.
Located at: ND Group
6905 South 1300 East #499
Midvale, UT 84047**

**$500.00**

**376,736 Delta SkyMiles (earned from use of AMEX credit card.
It is unclear who can use these miles.**

**Unknown**

**Refund from debtor's dental insurer due for overpayment of insurance premium. Check being mailed to debtor.
Obligor: Dental Select
75 W Towne Ridge Parkway
Tower 2, Suite 500
Sandy, UT 84070**

**$942.30**

78.  **Total of Part 11.**                                                                            $26,442.30

     Add lines 71 through 77. Copy the total to line 90.

79.  **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
     ■ No
     ☐ Yes

Case 18-34162-tmb7     Doc 1     Filed 11/30/18

| Part 12: | Summary |
|----------|---------|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|------------------|-----------------------------------|--------------------------------|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $13,907.30 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $69,996.16 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $7,041.73 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $856,816.89 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $5,740.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*....................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $26,442.30 | |
| 91. **Total.** Add lines 80 through 90 for each column | $979,944.38 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $979,944.38 |

# POLER, INC.

| COUNTRY | REFERENCE# | TYPE | FILED | SERIAL# | ISSUED | PATENT# | STATUS |
|---------|-----------|------|-------|---------|--------|---------|--------|

### ANORAK SLEEPING BAG

Inventor: Benjamin WAGNER; Kharma Albert VELLA

| COUNTRY | REFERENCE# | TYPE | FILED | SERIAL# | ISSUED | PATENT# | STATUS |
|---------|-----------|------|-------|---------|--------|---------|--------|
| UNITED STATES | POL-0010 | NEW | 2/29/2012 | 29/414,592 | 11/26/2013 | D693,987 | ISSUED |

### TRANSFORMING INSULATED CONTAINER AND MAT

Inventor: Benjamin WAGNER

| COUNTRY | REFERENCE# | TYPE | FILED | SERIAL# | ISSUED | PATENT# | STATUS |
|---------|-----------|------|-------|---------|--------|---------|--------|
| UNITED STATES | POL-0018 | NEW | 7/19/2012 | 61/673,714 | | | EXPIRED |
| UNITED STATES | POL-0024 | FCA | 12/28/2012 | 13/730,701 | | | ABANDONED |

### JACKET WITH SHORT SLEEVES

| COUNTRY | REFERENCE# | TYPE | FILED | SERIAL# | ISSUED | PATENT# | STATUS |
|---------|-----------|------|-------|---------|--------|---------|--------|
| UNITED STATES | POL-0066 | NEW | | | | | PROPOSED |

END OF REPORT                          TOTAL ITEMS SELECTED =        4

In re Poler, Inc.

Case 18-34162-tmb7     Doc 1     Filed 11/30/18

# POLER, INC.

| REFERENCE# | MARK | FILED | APPL# | REGDT | REG# | STATUS | CLASSES |
|---|---|---|---|---|---|---|---|

## ARGENTINA

| REFERENCE# | MARK | FILED | APPL# | REGDT | REG# | STATUS | CLASSES |
|---|---|---|---|---|---|---|---|
| POL-0059 | POLER | 3/15/2016 | 3486663 | 11/25/2016 | 2853654 | REGISTERED | 20 |

20 - Sleeping bags, convertible sleeping bags, sleeping bag pads, sleeping pads

| POL-0048 | POLER | 3/15/2016 | 3486662 | 11/25/2016 | 2853653 | REGISTERED | 18 |
|---|---|---|---|---|---|---|---|

18 - Backpacks, duffel bags, knapsacks, rucksacks;

| POL-0060 | POLER | 3/15/2016 | 3486664 | 11/25/2016 | 2853655 | REGISTERED | 22 |
|---|---|---|---|---|---|---|---|

22 - Tarpaulins, tarps, tarps with hoods, tents, mountaineering and camping tents

| POL-0061 | POLER | 3/15/2016 | 3486665 | 11/25/2016 | 2853656 | REGISTERED | 25 |
|---|---|---|---|---|---|---|---|

25 - Tops, shirts, t-shirts, sweatshirts, hooded sweatshirts, hats, caps

## AUSTRALIA

| POL-0032 | CAMP VIBES | 1/2/2013 | 01533813 | 1/2/2013 | 01533813 | REGISTERED | 25 |
|---|---|---|---|---|---|---|---|

25 - Clothing, headgear and footwear; tops, shirts, t-shirts, sweatshirts, hooded sweatshirts being goods in class 25

| POL-0033 | DESIGN (CYCLOPS) | 1/2/2013 | 01533812 | 1/2/2013 | 01533812 | REGISTERED | 18,20,25 |
|---|---|---|---|---|---|---|---|

18 - Bags, suitcases, trunks, travelling bags, backpacks, duffel bags, knapsacks, rucksacks being goods in class 18;
20 - bedding in this class; cots; sleeping bags, convertible sleeping bags, sleeping bag pads, sleeping pads being goods in class 20;
25 - tops, shirts, t-shirts, sweatshirts, hooded sweatshirts, hats, caps, socks, gloves.

| POL-0031 | POLER | 1/2/2013 | 01533811 | 1/2/2013 | 01533811 | REGISTERED | 18,20,25 |
|---|---|---|---|---|---|---|---|

18 - Bags, suitcases, trunks, travelling bags, backpacks, duffel bags, knapsacks, rucksacks being goods in class 18;
20 - bedding in this class; cots; sleeping bags, convertible sleeping bags, sleeping bag pads, sleeping pads being goods in class 20;
25 - clothing, headgear and footwear, tops, shirts, t-shirts, sweatshirts, hoodies, hats, caps, socks, gloves being goods in class 25

## BRAZIL

| POL-0049 | POLER | 3/18/2016 | 910785961 | 4/10/2018 | 910785961 | REGISTERED | 18 |
|---|---|---|---|---|---|---|---|

18 - Backpacks, duffel bags, knapsacks, rucksacks;

| POL-0068 | POLER | 3/18/2016 | 910786330 | 4/10/2018 | 910786330 | REGISTERED | 20 |
|---|---|---|---|---|---|---|---|

20 - Sleeping bags, convertible sleeping bags, sleeping bag pads, sleeping pads;

| POL-0069 | POLER | 3/18/2016 | 910786518 | 4/10/2018 | 910786518 | REGISTERED | 22 |
|---|---|---|---|---|---|---|---|

22 - Tarpaulins, tarps, tarps with hoods, tents, mountaineering and camping tents;

| POL-0070 | POLER | 3/18/2016 | 910786690 | | | PENDING | 25 |
|---|---|---|---|---|---|---|---|

25 - Tops, shirts, t-shirts, sweatshirts, hooded sweatshirts, hats, caps.

## CANADA

| POL-0088 | CAMP VIBES | | | | | PROPOSED | 18,20,22 25,21 |
|---|---|---|---|---|---|---|---|

18 - Backpacks, duffel bags, knapsacks, rucksacks, totes;
20 - Sleeping bags, convertible sleeping bags, sleeping bag pads, sleeping pads;
22 - Tarpaulins, tarps, tarps with hoods, tents, mountaineering and camping tents;
25 - Clothing, namely tops, teeshirts, jackets, sweatshirts, hooded sweatshirts, socks, gloves, and mittens; Headwear, namely hats, caps, and beanies; footwear
21 - Drinking vessels, namely cups, mugs, and bottles for water, sold empty

| POL-0091 | POLER | | | | | PROPOSED | 18,20,22 25 |
|---|---|---|---|---|---|---|---|

18 - Backpacks, duffel bags, knapsacks, rucksacks;
20 - Sleeping bags, convertible sleeping bags, sleeping bag pads, sleeping pads;
22 - Tarpaulins, tarps, tarps with hoods, tents, mountaineering and camping tents;
25 - Tops, shirts, t-shirts, sweatshirts, hooded sweatshirts, hats, caps.

| REFERENCE# | MARK | FILED | APPL# | REGDT | REG# | STATUS | CLASSES |
|---|---|---|---|---|---|---|---|

*CANADA continued . . .*

| POL-0050 | POLER | 3/10/2016 | 1771818 | | | ABANDONED | 18,20,22 25 |

18 - Backpacks, duffel bags, knapsacks, rucksacks;
20 - Sleeping bags, convertible sleeping bags, sleeping bag pads, sleeping pads;
22 - Tarpaulins, tarps, tarps with hoods, tents, mountaineering and camping tents;
25 - Tops, shirts, t-shirts, sweatshirts, hooded sweatshirts, hats, caps.

## CHINA

| POL-0071 | POLER | 3/11/2016 | 19279140 | | | ABANDONED | 20 |

20 - Sleeping bags for camping, sleeping bag pads for camping

| POL-0072 | POLER | 3/11/2016 | 19279139 | 4/21/2017 | 19279139 | REGISTERED | 22 |

22 - Tents, tarpaulins, awnings of textile, awnings of synthetic materials

| POL-0051 | POLER | 3/11/2016 | 19279141 | | | ABANDONED | 18 |

18 - Backpacks, bags for climbers, bags for campers

| POL-0073 | POLER | 3/11/2016 | 19279138 | | | ABANDONED | 25 |

25 - Clothing, outerclothing, coats, tops, shirts, t-shirts, sport jerseys, clothing for gymnastics, hats, caps

## EUROPEAN UNION (CTM)

| POL-0021 | CAMP VIBES | 6/25/2012 | 010991149 | 6/25/2012 | 010991149 | REGISTERED | 25 |

25 - Tops, shirts, t-shirts, sweatshirts, hooded sweatshirts.

| POL-0014 | DESIGN (CYCLOPS) | 1/23/2012 | 010583193 | 1/23/2012 | 010583193 | REGISTERED | 18,20,25 |

18 - Leather and imitations of leather, and goods made of these materials and not included in other classes; animal skins, hides; trunks and travelling bags; umbrellas and parasols; walking sticks; whips, harness and saddlery; backpacks, duffel bags, knapsacks, rucksacks;
20 - furniture, mirrors, picture frames; goods (not included in other classes) of wood, cork, reed, cane, wicker, horn, bone, ivory, whalebone, shell, amber, mother-of-pearl, meerschaum and substitutes for all these matierals, or of plastics; sleeping bags, convertible sleeping bags, sleeping bag pads, sleeping pads;
25 - clothing, footwear, headgear; tops, shirts, t-shirts, sweatshirts, hooded sweatshirts, hats, caps, socks, gloves.

| POL-0013 | POLER | 1/23/2012 | 010583284 | 1/23/2012 | 010583284 | REGISTERED | 18,20,25 |

18 - Leather and imitations of leather, and goods made of these materials and not included in other classes; animal skins, hides; trunks and travelling bags; umbrellas and parasols; walking sticks; whips, harness and saddlery; backpacks, duffel bags, knapsacks, rucksacks;
20 - furniture, mirrors, picture frames; goods (not included in other classes) of wood, cork, reed, cane, wicker, horn, bone, ivory, whalebone, shell, amber, mother-of-pearl, meerschaum and substitutes for all these materials, or of plastics; sleeping bags, convertible sleeping bags, sleeping bag pads, sleeping pads;
25 - clothing, footwear, headgear; tops, shirts, t-shirts, sweatshirts, hooded sweatshirts, hats, caps, socks, gloves.

## HONG KONG

| POL-0052 | POLER | 2/24/2016 | 303694717 | 2/24/2016 | 303694717 | REGISTERED | 18,20,22 25 |

18 - Backpacks, duffel bags, knapsacks, rucksacks;
20 - Sleeping bags, convertible sleeping bags, sleeping bag pads, sleeping pads;
22 - Tarpaulins, tarps, tarps with hoods, tents, mountaineering and camping tents;
25 - Tops, shirts, t-shirts, sweatshirts, hooded sweatshirts, hats, caps, clothing.

## INDONESIA

| POL-0053 | POLER | 3/21/2016 | D002016013143 | | | PENDING | 18 |

18 - Backpacks, duffel bags, knapsacks, rucksacks;

| POL-0085 | POLER | 3/21/2016 | D002016013141 | | | PENDING | 20 |

20 - Sleeping bags, convertible sleeping bags, sleeping bag pads, sleeping pads;

| POL-0086 | POLER | 3/21/2016 | D002016013145 | | | PENDING | 22 |

22 - Tarpaulins, tarps, tarps with hoods, tents, mountaineering and camping tents;

| POL-0087 | POLER | 3/21/2016 | D002016013139 | | | PENDING | 25 |

25 - Tops, shirts, t-shirts, sweatshirts, hooded sweatshirts, hats, caps

| REFERENCE# | MARK | FILED | APPL# | REGDT | REG# | STATUS | CLASSES |
|---|---|---|---|---|---|---|---|

## JAPAN

| POL-0022 | CAMP VIBES | 6/27/2012 | 51604/12 | 11/9/2012 | 5534004 | REGISTERED | 25 |

25 - Tops, shirts, t-shirts, sweatshirts, hooded sweatshirts.

| POL-0015 | DESIGN (CYCLOPS) | 1/27/2012 | 4910/12 | 8/17/2012 | 5515980 | REGISTERED | 18,20,25 |

18 - Bags and the like, pouches and the like, vanity cases, industrial packaging containers of leather;
20 - sleeping bags, convertible sleeping bags, sleeping bag pads, sleeping pads, cushions, Japanese floor cushions, pillows, mattresses;
25 - clothing, garters, sock suspenders, suspenders, waistbands, belts for clothing, footwear, clothes for sports, boots for sports.

| POL-0011 | POLER | 1/11/2012 | 910/12 | | | ABANDONED | 18,20,25 |

18 - Bags and the like, pouches and the like, vanity cases, industrial packaging containers of leather;
20 - sleeping bags, convertible sleeping bags, sleeping bag pads, sleeping pads, cushions, Japanese floor cushions, pillows, mattresses;
25 - clothing, garters, sock suspenders, suspenders, waistbands, belts for clothing, footwear, clothes for sports, boots for sports.

| POL-0025 | POLER STUFF | 8/2/2012 | 62536/12 | 2/15/2013 | 5557049 | REGISTERED | 18,20,25 |

18 - Bags and the like, pouches and the like, vanity cases, industrial packaging containers of leather;
20 - sleeping bags, convertible sleeping bags, sleeping bag pads, sleeping pads, cushions, Japanese floor cushions, pillows, mattresses;
25 - clothing, garters, sock suspenders, suspenders, waistbands, belts for clothing, footwear, clothes for sports, boots for sports.

## MALAYSIA

| POL-0054 | POLER | 3/1/2016 | 2016053505 | 3/1/2016 | 2016053505 | REGISTERED | 18 |

18 - Backpacks, duffel bags, knapsacks, rucksacks, all included in Class 18.

| POL-0076 | POLER | 3/1/2016 | 2016053507 | 3/1/2016 | 2016053507 | REGISTERED | 22 |

22 - Tarpaulins, tarps, tarps with hoods, tents, mountaineering and camping tents, all included in Class 22.

| POL-0077 | POLER | 3/1/2016 | 2016053508 | 3/1/2016 | 2016053508 | REGISTERED | 25 |

25 - Tops, shirts, t-shirts, sweatshirts, hooded sweatshirts, hats, caps, all included in Class 25.

| POL-0075 | POLER | 3/1/2016 | 2016053506 | 12/26/2017 | 2016053506 | REGISTERED | 20 |

20 - Sleeping bag pads, sleeping pads, all in class 20

| POL-0096 | POLER | 9/25/2017 | 2017068444 | 9/25/2017 | 2017068444 | REGISTERED | 24 |

24 - sleeping bags; convertible sleeping bags

## MEXICO

| POL-0047-MX | POLER | 5/15/2017 | 1363729 | | | PENDING | 18,20,22 25,24 |

18 - Backpacks, duffel bags, knapsacks, rucksacks;
20 - Sleeping bag pads, sleeping pads;
22 - Tarpaulins, tarps, tarps with hoods, tents, mountaineering and camping tents;
25 - Tops, shirts, t-shirts, sweatshirts, hooded sweatshirts, hats, caps.
24 - Sleeping bags, convertible sleeping bags;

## NEW ZEALAND

| POL-0047-NZ | POLER | 5/15/2017 | 1363729 | 1/4/2018 | 1075508 | REGISTERED | 18,20,22 25,24 |

18 - Backpacks, duffel bags, knapsacks, rucksacks;
20 - Sleeping bag pads, sleeping pads;
22 - Tarpaulins, tarps, tarps with hoods, tents, mountaineering and camping tents;
25 - Tops, shirts, t-shirts, sweatshirts, hooded sweatshirts, hats, caps.
24 - Sleeping bags, convertible sleeping bags;

## NORWAY

| POL-0047-NO | POLER | 5/15/2017 | 1363729 | 5/15/2017 | 1363729 | REGISTERED | 18,20,22 25,24 |

18 - Backpacks, duffel bags, knapsacks, rucksacks;
20 - Sleeping bag pads, sleeping pads;
22 - Tarpaulins, tarps, tarps with hoods, tents, mountaineering and camping tents;
25 - Tops, shirts, t-shirts, sweatshirts, hooded sweatshirts, hats, caps.
24 - Sleeping bags, convertible sleeping bags;

In re Poler, Inc.

Case 18-34162-tmb7    Doc 1    Filed 11/30/18

| REFERENCE# | MARK | FILED | APPL# | REGDT | REG# | STATUS | CLASSES |
|---|---|---|---|---|---|---|---|

### PHILIPPINES

| POL-0047-PH | POLER | 5/15/2017 | 1363729 | | | PENDING | 18,20,22 25,24 |
|---|---|---|---|---|---|---|---|

18 - Backpacks, duffel bags, knapsacks, rucksacks;
20 - Sleeping bag pads, sleeping pads;
22 - Tarpaulins, tarps, tarps with hoods, tents, mountaineering and camping tents;
25 - Tops, shirts, t-shirts, sweatshirts, hooded sweatshirts, hats, caps.
24 - Sleeping bags, convertible sleeping bags;

### PUERTO RICO

| POL-0055 | POLER | 3/7/2016 | 213340-18-0 | | | PENDING | 18 |
|---|---|---|---|---|---|---|---|

18 - Backpacks, duffel bags, knapsacks, rucksacks;

| POL-0082 | POLER | 3/7/2016 | 213340-20-0 | | | PENDING | 20 |
|---|---|---|---|---|---|---|---|

20 - Sleeping bags, convertible sleeping bags, sleeping bag pads, sleeping pads.

| POL-0083 | POLER | 3/7/2016 | 213340-22-0 | | | PENDING | 22 |
|---|---|---|---|---|---|---|---|

22 - Tarpaulins, tarps, tarps with hoods, tents, mountaineering and camping tents;

| POL-0084 | POLER | 3/7/2016 | 213340-25-0 | | | PENDING | 25 |
|---|---|---|---|---|---|---|---|

25 - Tops, shirts, t-shirts, sweatshirts, hooded sweatshirts, hats, caps.

### RUSSIA

| POL-0047-RU | POLER | 5/15/2017 | 1363729 | 5/15/2017 | 1363729 | REGISTERED | 18,20,22 25,24 |
|---|---|---|---|---|---|---|---|

18 - Backpacks, duffel bags, knapsacks, rucksacks;
20 - Sleeping bag pads, sleeping pads;
22 - Tarpaulins, tarps, tarps with hoods, tents, mountaineering and camping tents;
25 - Tops, shirts, t-shirts, sweatshirts, hooded sweatshirts, hats, caps.
24 - Sleeping bags, convertible sleeping bags;

### SINGAPORE

| POL-0047-SG | POLER | 5/15/2017 | 1363729 | 3/13/2018 | 40201717515U | REGISTERED | 18,20,22 25,24 |
|---|---|---|---|---|---|---|---|

18 - Backpacks, duffel bags, knapsacks, rucksacks;
20 - Sleeping bag pads, sleeping pads;
22 - Tarpaulins, tarps, tarps with hoods, tents, mountaineering and camping tents;
25 - Tops, shirts, t-shirts, sweatshirts, hooded sweatshirts, hats, caps.
24 - Sleeping bags, convertible sleeping bags;

### SOUTH KOREA

| POL-0023 | CAMP VIBES | 6/25/2012 | 40-2012-40385 | | | ABANDONED | 25 |
|---|---|---|---|---|---|---|---|

25 - Tops, shirts, t-shirts, sweatshirts, hooded sweatshirts.

| POL-0036 | CAMP VIBES | 10/6/2013 | 40-2013-65682 | 1/26/2015 | 40-1083590 | REGISTERED | 25 |
|---|---|---|---|---|---|---|---|

25 - Hooded sweat shirts; shirts; sweatshirts; t-shirts; tops.

| POL-0016 | DESIGN (CYCLOPS) | 1/27/2012 | 40-2012-5196 | 10/24/2013 | 40-1003254 | REGISTERED | 18,20,25 |
|---|---|---|---|---|---|---|---|

18 - Backpacks, duffel bags, knapsacks, rucksacks;
20 - Sleeping bags for camping, convertible sleeping bags for camping, sleeping bag pads for camping, sleeping pads;
25 - Tops, shirts, t-shirts, sweatshirts, hooded sweatshirts, hats, caps, socks, gloves.

| POL-0012 | POLER | 1/4/2012 | 40-2012-616 | 8/20/2013 | 40-989848 | REGISTERED | 20,25 |
|---|---|---|---|---|---|---|---|

20 - Sleeping bags for camping, convertible sleeping bags, sleeping bag pads, sleeping pads;
25 - Tops, shirts, t-shirts, sweatshirts, hoodies.

| POL-0030 | POLER STUFF | 1/11/2013 | 40-2013-1988 | 12/16/2013 | 40-1012977 | REGISTERED | 20,25 |
|---|---|---|---|---|---|---|---|

20 - Sleeping bags for camping, convertible sleeping bags, sleeping bag pads, sleeping pads;
25 - Tops, shirts, t-shirts, sweatshirts, hoodies.

In re Poler, Inc.

Case 18-34162-tmb7    Doc 1    Filed 11/30/18

| REFERENCE# | MARK | FILED | APPL# | REGDT | REG# | STATUS | CLASSES |
|---|---|---|---|---|---|---|---|

## SWITZERLAND

| REFERENCE# | MARK | FILED | APPL# | REGDT | REG# | STATUS | CLASSES |
|---|---|---|---|---|---|---|---|
| POL-0047-CH | POLER | 5/15/2017 | 1363729 | | | PENDING | 18,20,22 25,24 |

18 - Backpacks, duffel bags, knapsacks, rucksacks;
20 - Sleeping bag pads, sleeping pads;
22 - Tarpaulins, tarps, tarps with hoods, tents, mountaineering and camping tents;
25 - Tops, shirts, t-shirts, sweatshirts, hooded sweatshirts, hats, caps.
24 - Sleeping bags, convertible sleeping bags;

## TAIWAN

| REFERENCE# | MARK | FILED | APPL# | REGDT | REG# | STATUS | CLASSES |
|---|---|---|---|---|---|---|---|
| POL-0056 | POLER | 3/10/2016 | 105012701 | 11/1/2016 | 1802525 | REGISTERED | 18,20,22 25 |

18 - Backpacks, duffel bags, knapsacks, rucksacks;
20 - Sleeping bags, convertible sleeping bags, sleeping bag pads, sleeping pads;
22 - Tarpaulins, tarps, tarps with hoods, tents, mountaineering and camping tents;
25 - Tops, shirts, t-shirts, sweatshirts, hooded sweatshirts, hats, caps

## THAILAND

| REFERENCE# | MARK | FILED | APPL# | REGDT | REG# | STATUS | CLASSES |
|---|---|---|---|---|---|---|---|
| POL-0079 | POLER | 3/18/2016 | 1032901 | 8/31/2017 | 171127435 | REGISTERED | 20 |

20 - Sleeping bags, convertible sleeping bags, sleeping bag pads, sleeping pads;

| POL-0078 | POLER | 3/18/2016 | 1032900 | 8/31/2017 | 171127434 | REGISTERED | 18 |

18 - Backpacks, duffel bags, knapsacks, rucksacks;

| POL-0080 | POLER | 3/18/2016 | 1032902 | 8/31/2017 | 171127436 | REGISTERED | 22 |

22 - Tarps, tarps with hoods, tents, mountaineering tents; camping tents; awnings

| POL-0081 | POLER | 3/18/2016 | 1032903 | 8/31/2017 | 171127437 | REGISTERED | 25 |

25 - Tops, shirts, t-shirts, sweatshirts, hooded sweatshirts, hats/caps.

## UNITED STATES    Note: US Trademarks highlighted in yellow are subject to security interest of Primer Seawood Investment PTE LTD.

| REFERENCE# | MARK | FILED | APPL# | REGDT | REG# | STATUS | CLASSES |
|---|---|---|---|---|---|---|---|
| POL-0039 | ADVENTURE MOBILE | | | | | ABANDONED | |
| POL-0044 | CAMP VIBES | 6/10/2015 | 86/657,829 | 11/8/2016 | 5,078,945 | REGISTERED | 21 |

21 - Drinking vessels, namely; cups and mugs; bottles, sold empty; water bottles, sold empty; empty water bottles for bicycles; thermal-insulated containers for food or beverages; drinking bottles for sports, sold empty; canteens, sold empty; bakeware; and foam drink holders, sleeves.

| POL-0046 | CAMP VIBES | 2/19/2016 | 86/914,074 | | | ALLOWED | 18,20,22 25 |

18 - Backpacks, duffel bags, knapsacks, rucksacks;
20 - Sleeping bags, convertible sleeping bags, sleeping bag pads, sleeping pads;
22 - Tarpaulins, tarps, tarps with hoods, tents, mountaineering and camping tents;
25 - Hats, caps

| POL-0004 | CAMP VIBES | 4/30/2012 | 85/612,683 | 5/28/2013 | 4,341,159 | REGISTERED | 25 |

25 - Hooded sweat shirts, shirts, sweat shirts, t-shirts, tops

| POL-0043 | CAMP VIBES & DESIGN (cyclops and flag) | 6/10/2015 | 86/657,830 | | | ABANDONED | 21 |

21 - Drinking vessels, namely; cups and mugs; bottles, sold empty; water bottles, sold empty; empty water bottles for bicycles; thermal-insulated containers for food or beverages, sold empty; drinking bottles for sports, sold empty; canteens, sold empty; bakeware; bottle openers; and foam drink holders, sleeves.

| POL-0003 | DESIGN (CYCLOPS) | 12/26/2011 | 85/503,725 | 7/10/2012 | 4,171,815 | REGISTERED | 25 |

25 - Caps, hats, hooded sweatshirts, shirts, sweatshirts, t-shirts, tops.

| POL-0005 | DESIGN (VENN DIAGRAM) | | | | | PROPOSED | 25 |

25 - Tops, shirts, t-shirts, sweatshirts, hoodies, hats, caps.

| REFERENCE# | MARK | FILED | APPL# | REGDT | REG# | STATUS | CLASSES |
|---|---|---|---|---|---|---|---|
| *UNITED STATES continued . . .* | | | | | | | |
| POL-0002 | POLER | 11/9/2011 | 85/468,735 | 7/3/2012 | 4,167,948 | REGISTERED | 18,20,22 25 |

18 - Backpacks, duffel bags, knapsacks, rucksacks;
20 - Sleeping bags, convertible sleeping bags, sleeping bag pads, sleeping pads;
22 - Tarpaulins, tarps, tarps with hoods, tents, mountaineering and camping tents;
25 - Tops, shirts, t-shirts, sweatshirts, hooded sweatshirts, hats, caps.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| POL-0009 | THE DUFFALUFFAGUS | | | | | ABANDONED | 18 |

18 - Duffel bags.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| POL-0008 | THE MAGIC TARPIT | | | | | ABANDONED | 22 |

22 - Tarpaulins, tarps, tarps with hoods.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| POL-0007 | THE NAPSACK | 11/9/2011 | 85/468,746 | | | ABANDONED | 20 |

20 - Sleeping bags, convertible sleeping bags.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| POL-0020 | THE NAPSACK | 6/21/2012 | 85/658,463 | 1/15/2013 | 4,275,788 | REGISTERED | 25 |

25 - Anoraks; Coats; Jackets

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| POL-0034 | WUNDER BUNDLER | 10/29/2013 | 86/104,757 | 6/10/2014 | 4,547,594 | REGISTERED | 21 |

21 - Thermal insulated containers for food or beverages

## URUGUAY

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| POL-0057 | POLER | 3/10/2016 | 472451 | | | PENDING | 18,20,22 25 |

18 - Backpacks, duffel bags, knapsacks, rucksacks;
20 - Sleeping bags, convertible sleeping bags, sleeping bag pads, sleeping pads;
22 - Tarpaulins, tarps, tarps with hoods, tents, mountaineering and camping tents;
25 - Tops, shirts, t-shirts, sweatshirts, hooded sweatshirts, hats, caps.

## VIETNAM

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| POL-0047-VN | POLER | 5/15/2017 | 1363729 | 5/15/2017 | 1363729 | REGISTERED | 18,20,22 25,24 |

18 - Backpacks, duffel bags, knapsacks, rucksacks;
20 - Sleeping bag pads, sleeping pads;
22 - Tarpaulins, tarps, tarps with hoods, tents, mountaineering and camping tents;
25 - Tops, shirts, t-shirts, sweatshirts, hooded sweatshirts, hats, caps.
24 - Sleeping bags, convertible sleeping bags;

## WIPO

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| POL-0047 | POLER | | | 5/15/2017 | 1363729 | REGISTERED | 18,20,22 25,24 |

18 - Backpacks, duffel bags, knapsacks, rucksacks;
20 - Sleeping bag pads, sleeping pads;
22 - Tarpaulins, tarps, tarps with hoods, tents, mountaineering and camping tents;
25 - Tops, shirts, t-shirts, sweatshirts, hooded sweatshirts, hats, caps.
24 - Sleeping bags, convertible sleeping bags;

END OF REPORT                          TOTAL ITEMS SELECTED =          72

**Fill in this information to identify the case:**

Debtor name   **Poler, Inc.**

United States Bankruptcy Court for the:   DISTRICT OF OREGON

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206D
# Schedule D: Creditors Who Have Claims Secured by Property
**12/15**

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

  ☐ **No.** Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

  ☑ **Yes.** Fill in all of the information below.

**Part 1:**   **List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | **Column A**<br>**Amount of claim**<br>Do not deduct the value of collateral. | **Column B**<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.1** | **Autrada/AcoSewingArt** | | |

Creditor's Name

**#6075 Denbigh Ave**
**Burnaby, British Columbia,**
**Canada**
**V5H 3R6**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**2018**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Inventory held at manufacturer Autrada/AcoSewingArt (located in Burnaby, BC, Canada).**
**Subject to possessory lien or equivalent Debtor paid deposit of $12,850.80 for these two inventory orders.**

**Describe the lien**
**Possessory**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: **$21,046.69**   Column B: **$33,897.49**

**2.2** | **Best Logistics Solutions** | | |

Creditor's Name
**Unit C, 4/F, China Insurance Building**
**48 Carmeron Road, TST**
**Kowlooh, Hong Kong**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**2018**
**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**
**Retail inventory located at Best Logistics Solutions (located in Kowlooh, Hong Kong) Possibly subject to warehouseman possessory lien or equivalent**

**Describe the lien**
**Possessory**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Column A: **Unknown**   Column B: **$6,882.20**

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Case 18-34162-tmb7   Doc 1   Filed 11/30/18

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

---

| 2.3 | **Bridgehead Master Tenant LLC**<br>Creditor's Name | **Describe debtor's property that is subject to a lien**<br>**Security Deposit and prepaid storage rent for prior offices; Premises vacated 9/30/18; Lease expires 1/31/21 with early termination rights.**<br>**Landlord:  Bridgehead Master Tenant LLC**<br>**Claim amount is estimate; Mitigation result unknown.** | **$30,000.00** | **$5,627.50** |
|---|---|---|---|---|
| | **75 SE Yamhill St Ste 201**<br>**Portland, OR 97214**<br>Creditor's mailing address | **Describe the lien**<br>**Possessory**<br>**Is the creditor an insider or related party?**<br>■ No<br>☐ Yes | | |
| | Creditor's email address, if known | **Is anyone else liable on this claim?**<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Date debt was incurred**<br>**2017**<br>**Last 4 digits of account number** | | | |
| | **Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed | | |

---

| 2.4 | **Gaomi Action Discovery Sports Co Ltd**<br>Creditor's Name | **Describe debtor's property that is subject to a lien**<br>**Inventory held at manufacturer Gaomi Action Discovery Sports Co Ltd (located in Goami CIty, China).**<br>**Subject to possessory lien or equivalent (see Schedule D)**<br>**Debtor paid deposit of $41,250.00 for this one inventory order.** | **$115,331.00** | **$156,581.00** |
|---|---|---|---|---|
| | **Changshengtai Street #1999**<br>**Baicheng Town, Gaomi City SD Province 26 China**<br>Creditor's mailing address | **Describe the lien**<br>**Possessory**<br>**Is the creditor an insider or related party?**<br>■ No<br>☐ Yes | | |
| | Creditor's email address, if known | **Is anyone else liable on this claim?**<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Date debt was incurred**<br>**Last 4 digits of account number** | | | |
| | **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply | | |

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

| 2.5 | **GrantGo LT** | | $74,466.61 | $104,379.05 |

Creditor's Name

**Flat B, 14/F, World Tech Centre 95 How Ming Street, Kwun Tong Kowloon, Hong Kong**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its priority.

Describe debtor's property that is subject to a lien

**Inventory held at manufacturer GrantGo LT (located in Kowloon, Hong Kong). Subject to possessory lien or equivalent Debtor paid deposit of $29,912.44 for these two inventory orders.**

Describe the lien

**Possessory**

Is the creditor an insider or related party?
- ■ No
- ☐ Yes

Is anyone else liable on this claim?
- ■ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

| 2.6 | **IPFS Corporation** | | $0.00 | $10,000.00 |

Creditor's Name

**24722 Network Place Chicago, IL 60673-1247**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien

**Insurance premium financer. Last payment of $1,401.19 paid 11/29/18. Financed insurance policies all have an expiration date of 3/1/19. Precautionary listing.**

Describe the lien

**Purchase Money Security Interest in premium refunds**

Is the creditor an insider or related party?
- ■ No
- ☐ Yes

Is anyone else liable on this claim?
- ■ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

| 2.7 | **Laguna Coast Properties LLC** | Describe debtor's property that is subject to a lien | $38,000.00 | $14,000.00 |

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Case 18-34162-tmb7    Doc 1    Filed 11/30/18

Creditor's Name

**Security Deposit for Laguna Beach, CA retail store; Premises vacated 8/31/18; Lease expires 12/31/18.**
**Landlord: Laguna Coast Properties.**
**Landlord's mitigation efforts or success unknown.**

**923 Emerald Bay**
**Laguna Beach, CA 92651**

Creditor's mailing address

**Describe the lien**
**Possessory**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2015**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.8 | **MR International Ltd** | | **Describe debtor's property that is subject to a lien** | $170,815.43 | $245,799.20 |
|---|---|---|---|---|---|

Creditor's Name

**Room A2, 9/F, Tai King Industrial Bldg**
**100 King Fuk Street**
**San Po Kong, Kowloon, Hong Kong**

Creditor's mailing address

**Inventory held at manufacturer MR International Ltd (located in Kowloon, Hong Kong).**
**Subject to possessory lien or equivalent**
**Debtor paid deposit of $74,983.77 for these nineinventory orders.**

**Describe the lien**
**Possessory lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**10/18**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.9 | **OIA Global** | | **Describe debtor's property that is subject to a lien** | $76,852.07 | $125,990.95 |
|---|---|---|---|---|---|

Creditor's Name

**2100 SW River Parkway Ste 800**
**Portland, OR 97201**

Creditor's mailing address

**Retail inventory located at OIA Global (located in Portland, OR)**
**Subject to warehouseman possessory lien**

**Describe the lien**
**possessory; warehouseman lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

**Date debt was incurred**
**2018**
**Last 4 digits of account number**
**POLERPDX**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 0 | **Primer Seawood Investments PTE LTD** | | | |

Creditor's Name

**Primer Group of Companies**
**Primer Star Center, 2282 Leon Guinto St.**
**Malate, Manila, 1004 Philippines**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Seven United States registered trademarks (See Exhibit AB-60 - Liened trademarks are highlighted in yellow).**

$1,390,000.00 · · · · · · · · · Unknown

**Describe the lien**
**Security interest and UCC-1**

**Is the creditor an insider or related party?**
■ No    Note:  Debtor takes no position on whether this creditor is an insider.
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 1 | **Public Storage** | | | |

Creditor's Name

**9912 SE Division St**
**Portland, OR 97266**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Misc. inventory, samples, prototypes at Public Storage facility (located in Portland, OR).**
**Monthly rent prepaid through 12/18.**

$0.00 · · · · · · · · · $5,523.21

**Describe the lien**
**Storage lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Case 18-34162-tmb7    Doc 1    Filed 11/30/18

| 2.1 2 | **Ramp Logistics** | | | $28,856.83 | $55,487.05 |

| 2.1 2 | **Ramp Logistics** |
|---|---|
| | Creditor's Name |

**Describe debtor's property that is subject to a lien**
**Retail inventory located at Ramp Logistics (in Irvine, CA)**
**Subject to warehouseman possessory lien**

**$28,856.83**      **$55,487.05**

**6485 Oak Canyon**
**Irvine, CA 92618**

Creditor's mailing address

**Describe the lien**
**Possessory; warehousman lien**
**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2018**
**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.1 3 | **Yan Yu International Company LTD** | | | $61,377.80 | $87,669.80 |

Creditor's Name

**Describe debtor's property that is subject to a lien**
**Inventory held at manufacturer Yan Yu International Company Limited (located in Tsuen Wan, N T Hong Kong).**
**Subject to possessory lien or equivalent**
**Debtor paid deposit of $26,292.00 for these two inventory and one photo s**

**$61,377.80**      **$87,669.80**

**Unit 1, 20/F, High Block**
**Cheung Fung Industrial Building**
**23-39 Pak Tin Par Street**
**Tsuen Wan, N T Hong Kong**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $2,006,746.43 |

**List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

Case 18-34162-tmb7    Doc 1    Filed 11/30/18

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Brix Law LLP**<br>**c/o Evan Lenneberg**<br>**75 SE Yamhill St Ste 202**<br>**Portland, OR 97214** | Line **2.3** | |
| **Kennerly Lamishaw & Rossi LLP**<br>**c/o Lyndsay Kinstler**<br>**707 Wilshire Blvd Ste 1400**<br>**Los Angeles, CA 90017** | Line **2.7** | |
| **Ma. Cristina V. Lobregat**<br>**Primer Group of Companies**<br>**Primer Star Center, 2282 Leon Guinto St.**<br>**Malate, Manila, 1004 Philippines** | Line **2.10** | |
| **Sanford R. Landress**<br>**Miller Nash Graham & Dunn LLP**<br>**3400 U.S. Bancorp Tower**<br>**111 SW Fifth Avenue**<br>**Portland, OR 97204** | Line **2.10** | |
| **Vance L. Liebman**<br>**Funkhouser Vegosen Liebman & Dunn LTD**<br>**55 West Monroe Street, Suite 2300**<br>**Chicago, IL 60603** | Line **2.10** | |

**Fill in this information to identify the case:**

Debtor name    **Poler, Inc.**

United States Bankruptcy Court for the:   DISTRICT OF OREGON

Case number (if known) _____

☐ Check if this is an
    amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ☐ No. Go to Part 2.

    ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| | | $0.00 | $0.00 |

**2.1**   Priority creditor's name and mailing address

**Benjamin Gaines**
**1626 SE Linn**
**Portland, OR 97202**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee paid all accrued wages, paid time off and was prepaid for estimated future wages 11/18/18.**
**Precautionary listing.**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

**2.2**   Priority creditor's name and mailing address     $0.00    $0.00

**Benjamin Wagner**
**2712 SE 65th Ave**
**Portland, OR 97206**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee laid off 11/18/18 and paid all accrued wages and paid time off.**
**Precautionary listing.**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,579.00 | $1,579.00 |
|---|---|---|---|---|
| | **CA Dept of Tax & Fee Admin**<br>**PO Box 942879**<br>**Sacramento, CA 94279** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2018** | Basis for the claim:<br>**Sales taxes.** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|
| | **Chad N Richardson**<br>**805 SW Vista Ave, #211**<br>**Portland, OR 97205** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee laid off 11/18/18 and paid all accrued**<br>**wages and paid time off.**<br>**Precautionary listing.** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $156.74 | $156.74 |
|---|---|---|---|---|
| | **CO Dept of Revenue**<br><br>**Denver, CO 80261-0013** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2018** | Basis for the claim:<br>**Sales taxes.** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|
| | **Daniel Cisneros**<br>**3724 SE 40th Ave Apt F**<br>**Portland, OR 97202** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee laid off 11/18/18 and paid all accrued**<br>**wages and paid time off.**<br>**Precautionary listing.** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Dental Select**
**75 W Towne Ridge Parkway**
**Tower 2, Suite 500**
**Sandy, UT 84070**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Debtor's dental insurer.  Policy terminated 11/30/18.**
**Precautionary listing**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (5)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $26.19 | $26.19 |
|---|---|---|---|---|

**Denver Dept of Finance**
**PO Box 660860**
**CORRECT NAME?**
**Dallas, TX 75266-0860**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018**

Basis for the claim:
**Sales taxes.**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Jasmine M Coplon**
**1528 NW Mayfield Rd**
**Portland, OR 97229**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee laid off 11/18/18 and paid all accrued wages and paid time off.**
**Precautionary listing.**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Lauren R Bucher**
**3929 SE Harrison Street**
**Portland, OR 97214**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee laid off 11/18/18 and paid all accrued wages and paid time off at that time.**
**Precautionary listing.**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **$0.00** | **$0.00** |
|------|----------------------------------------------|---------------------------------------------------------------------|-----------|-----------|
| | **Lori A Peterman**<br>**10508 NE 111th Ct**<br>**Vancouver, WA 98662** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee paid all accrued wages, paid time off and was prepaid for estimated future wages 11/18/18.**<br>**Precautionary listing.** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **$0.00** | **$0.00** |
|------|----------------------------------------------|---------------------------------------------------------------------|-----------|-----------|
| | **Mary P Timbrook**<br>**3435 NE 58th Ave Apt 3**<br>**Portland, OR 97213** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee laid off 11/18/18 and paid all accrued wages and paid time off.**<br>**Precautionary listing.** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.13 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **$0.00** | **$0.00** |
|------|----------------------------------------------|---------------------------------------------------------------------|-----------|-----------|
| | **Michael Ewing**<br>**1005 SE 14th Ave, #101**<br>**Portland, OR 97214** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee laid off 11/18/18 and paid all accrued wages and paid time off.**<br>**Precautionary listing.** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.14 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **$0.00** | **$0.00** |
|------|----------------------------------------------|---------------------------------------------------------------------|-----------|-----------|
| | **Myles K Laurion**<br>**20 NE Sacramento St Apt C**<br>**Portland, OR 97212** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee laid off 11/18/18 and paid all accrued wages and paid time off.**<br>**Precautionary listing.** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Case 18-34162-tmb7     Doc 1     Filed 11/30/18

| Debtor | Poler, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | | | | |
|---|---|---|---|---|
| 2.15 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $0.00 | $0.00 |
| | **Nathan Sablan**<br>**3761 SE Kelly St**<br>**Portland, OR 97202** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee laid off 11/18/18 and paid all accrued wages and paid time off.**<br>**Precautionary listing.** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☑ No<br>☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.16 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $119.94 | $119.94 |
| | **PA Dept of Revenue**<br>**PO Box 280905**<br>**Harrisburg, PA 17128-0905** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2018** | Basis for the claim:<br>**Sales taxes.** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ☑ No<br>☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.17 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $0.00 | $0.00 |
| | **Providence Health Plan**<br>**PO Box 4167**<br>**Portland, OR 97208-4167** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Health insurance for debtor's employees.**<br>**Policy terminated 11/30/18.**<br>**Precautionary listing.** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (5) | ☑ No<br>☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.18 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $0.00 | $0.00 |
| | **Scott H Ruse**<br>**2943 NW Julia St**<br>**Camas, WA 98607** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee paid all accrued wages, paid time off and was prepaid for estimated future wages 11/18/18.**<br>**Precautionary listing.** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☑ No<br>☐ Yes | | |

Case 18-34162-tmb7    Doc 1    Filed 11/30/18

| 2.19 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $383.34 | $383.34 |
|---|---|---|---|---|

**Utah State Tax Commission**
**210 N 1950 W**
**Salt Lake City, UT 84134-0400**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **2018** | **Sales taxes.** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

**Amount of claim**

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$82.00** |
|---|---|---|---|

**Aaron Rathbone**
**603 San Michel Drive North #D**
**Costa Mesa, CA 92627**

Date(s) debt was incurred  **2018**
Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt.**

Is the claim subject to offset? ■ No ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,687.47** |
|---|---|---|---|

**Action Freight Int'l Inc**
**16403 Ishida Ave**
**Gardena, CA 90248**

Date(s) debt was incurred  _
Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt.**

Is the claim subject to offset? ☐ No ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,264.70** |
|---|---|---|---|

**ADT Security Services**
**PO Box 371878**
**Pittsburgh, PA 15250-7878**

Date(s) debt was incurred  **2018**
Last 4 digits of account number  **3980,3990**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt.**

Is the claim subject to offset? ■ No ☐ Yes

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$90.00** |
|---|---|---|---|

**Alison Richardson**
**32981 Buccaneer St**
**Dana Point, CA 92629**

Date(s) debt was incurred  **2018**
Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt.**

Is the claim subject to offset? ■ No ☐ Yes

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,994.57** |
|---|---|---|---|

**Amazon Media Group**
**PO Box 24651**
**Seattle, WA 98124-0651**

Date(s) debt was incurred  _
Last 4 digits of account number  **2018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt.**

Is the claim subject to offset? ■ No ☐ Yes

Case 18-34162-tmb7   Doc 1   Filed 11/30/18

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$365.00** |
|---|---|---|---|

**Amazon Services Inc**
PO Box 2536
Portland, OR 97208

Date(s) debt was incurred **2018**

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Trade debt.**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**American Express**
PO Box 981535
El Paso, TX 79998-1535

Date(s) debt was incurred **Various**

Last 4 digits of account number  **1001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Corporate credit card**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,125.00** |
|---|---|---|---|

**Anve Swimwear**
1016 Park Ave, Unit 2
Hoboken, NJ 07030

Date(s) debt was incurred **2018**

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Trade debt.**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,622.26** |
|---|---|---|---|

**AquaTech Imaging Solutions**
18685-A Main St #35
Huntington Beach, CA 92648-1710

Date(s) debt was incurred **2018**

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Trade debt.**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Arrow Sanitary Service**
**District 2011**
PO Box 51006
Los Angeles, CA 90051-5306

Date(s) debt was incurred **2018**

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Utilities.**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,799.74** |
|---|---|---|---|

**Beach Brella**
572 Flora Street
Laguna Beach, CA 92651

Date(s) debt was incurred **2018**

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Trade debt; Inventory purchase.**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Ben Allnutt**
8 Aragon Road
Bedfordshire MK452TL
United Kingdom

Date(s) debt was incurred ___

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Designer for debtor's products.**
**Precautionary listing.**

Is the claim subject to offset? ■ No  ☐ Yes

---

Case 18-34162-tmb7   Doc 1   Filed 11/30/18

| 3.13 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**Benjamin Wagner**
**2712 SE 65th Ave**
**Portland, OR 97206**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Shareholder, director, officer and employee of debtor; Precautionary listing.

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $132.00 |
|---|---|---|---|

**Blain LeBlanc**
**3000 Newport Blvd**
**Newport Beach, CA 92663**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred 2018

**Basis for the claim:** Trade debt; Inventory purchase.

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $821.04 |
|---|---|---|---|

**Brand ID LLC**
**Attn: Accounting**
**3185 Airway Ave, Building A**
**Costa Mesa, CA 92626**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred 2018

**Basis for the claim:** Trade debt.

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**Brian Matthew Alper**
**1533 Priscilla Lane**
**Newport Beach, CA 92660**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Shareholder of debtor; Precautionary listing.

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**Chizu and Daisuke Hirota**
**170-1 Motoyama Kamigamo**
**Kitaku, Kyoto, Japan**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Shareholders of debtor; Precautionary listing.

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**Christopher Noyes**
**7055 SE Brooklyn St**
**Portland, OR 97206**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Shareholder of debtor; Former President of debtor; Precautionary listing.

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $247.88 |
|---|---|---|---|

**Comcast Cable**
**PO Box 34744**
**Seattle, WA 98124-1744**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred 2018

**Basis for the claim:** Utilities.

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Case 18-34162-tmb7    Doc 1    Filed 11/30/18

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $571.25 |
|------|--------------------------------------------------|----------------------------------------------------------------------|---------|

**Criteo Corp**
**PO Box 392422**
**Pittsburgh, PA 15251-9422**

Date(s) debt was incurred __2018__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt.__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|------|--------------------------------------------------|----------------------------------------------------------------------|-------|

**David E. Vanderveen**
**1074 Flamingo Rd**
**Laguna Beach, CA 92651**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Shareholder of debtor; Precautionary listing.__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|------|--------------------------------------------------|----------------------------------------------------------------------|-------|

**DirectOne Networking Inc**
**4080 SE International Way B106**
**Portland, OR 97222**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Precationary listing (see Schedule G).__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|------|--------------------------------------------------|----------------------------------------------------------------------|-------|

**DS Services**
**200 Eagles Landing Blvd**
**Lakeland, FL 33810**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Monthly botteld water service. $80 monthly fee paid through 12/10/18. Creditor's water cooler at debtor's Portland store.__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $225.00 |
|------|--------------------------------------------------|----------------------------------------------------------------------|---------|

**Fix Manufacturing**
**668 N Coast Hwy #274**
**Laguna Beach, CA 92651**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt; Inventory purchase.__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $32,295.66 |
|------|--------------------------------------------------|----------------------------------------------------------------------|------------|

**Flex-Fit**
**c/o Wells Fargo Bank, N.A.**
**PO Box 912150**
**Denver, CO 80291-2150**

Date(s) debt was incurred __2018__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt; Inventory purchases.__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $157.80 |
|------|--------------------------------------------------|----------------------------------------------------------------------|---------|

**Foxycat**
**107 Santa Ana Ln**
**San Clemente, CA 92672**

Date(s) debt was incurred __2018__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt; Inventory purchase.__

Is the claim subject to offset? ■ No ☐ Yes

---

Case 18-34162-tmb7    Doc 1    Filed 11/30/18

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**3.27**

Nonpriority creditor's name and mailing address
**Gary and Linda Gerds**
**6137 Old Post Road**
**Kalamazoo, MI 49009**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Shareholders of debtor; Precautionary listing.**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.28**

Nonpriority creditor's name and mailing address
**Geffen Mesher**
**888 SW 5th Ave Ste 800**
**Portland, OR 97204**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                $42,110.67

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Accounting services.**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.29**

Nonpriority creditor's name and mailing address
**Glenn Rogers**
**1832 Oceanway**
**Laguna Beach, CA 92651**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Shareholder and former director of debtor; Precautionary listing.**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.30**

Nonpriority creditor's name and mailing address
**Green City Investment, LLC**
**3121 SW Moody Ave**
**Portland, OR 97239**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Shareholder of debtor; Precautionary listing.**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.31**

Nonpriority creditor's name and mailing address
**Harley Rouda and Kaira Rouda, Trustees**
**927 Emerald Bay**
**Laguna Beach, CA 92651**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Shareholder of debtor; Precautionary listing.**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.32**

Nonpriority creditor's name and mailing address
**Heaton USA, LLC**
**c/o Cape Capener**
**PO Box 2501**
**Rancho Santa Fe, CA 92067**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Consultant for debtor. Precautionary listing.**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.33**

Nonpriority creditor's name and mailing address
**Helm Street**
**Addison Austgen**
**24802 Sherwood Way Apt D**
**Dana Point, CA 92629**

Date(s) debt was incurred  **2018**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                $93.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt; Inventory purchase.**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.34 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$17,580.65** |
|---|---|---|---|
| | **Ignite OPM, LLC**<br>**2000 S Colorado Blvd T1-7000**<br>**Denver, CO 80222** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **2018** | | |
| | Last 4 digits of account number ___ | Basis for the claim: **Trade debt.** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.35 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$618.84** |
|---|---|---|---|
| | **Indosole**<br>**3226 Ortega St**<br>**San Francisco, CA 94122** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **2018** | | |
| | Last 4 digits of account number ___ | Basis for the claim: **Trade debt.** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.36 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,808.10** |
|---|---|---|---|
| | **Innovative Systems LLC**<br>**23382 Mill Creek Dr Ste 125**<br>**Laguna Hills, CA 92653-1697** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **2018** | | |
| | Last 4 digits of account number ___ | Basis for the claim: **Trade debt.** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.37 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **Integro USA Inc**<br>**PO Box 101803**<br>**Pasadena, CA 91189-1803** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred ___ | | |
| | Last 4 digits of account number ___ | Basis for the claim: **Precationary listing (see Schedule G).** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.38 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **Intermediary Trade Consultancy**<br>**603 Stewart St Ste 200**<br>**Seattle, WA 98101** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred ___ | | |
| | Last 4 digits of account number ___ | Basis for the claim: **Inventory supplier of debtor.**<br>**Precationary listing.** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.39 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **James R Cypher**<br>**409 13th St**<br>**11th Floor**<br>**Oakland, CA 94612-2607** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **2018** | Basis for the claim: **Debtor's IP attorney.**<br>**Precationary listing.** | |
| | Last 4 digits of account number ___ | | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.40 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **JB & Jane Wagner Family Trust**<br>**15049 S Eagle Crest Drive**<br>**Draper, UT 84020** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred ___ | | |
| | Last 4 digits of account number ___ | Basis for the claim: **Shareholder of debtor; Precationary listing.** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

Case 18-34162-tmb7    Doc 1    Filed 11/30/18

| 3.41 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**JB Wagner**
**15049 S Eagle Crest Dr**
**Draper, UT 84020**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Director of debtor; Precacutionary listing.**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.42 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jeffrey S. and Catherine Wagner Trust**
**2345 Picasso Way**
**El Dorado Hills, CA 95762**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Shareholder of debtor; Precacutionary listing.**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.43 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jiangsu Acome (HK) Outdoor Products**
**Unit 2017, 2/F, San Po Kong**
**Kowloon, Hong Kong**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Inventory supplier.**
**Precautionary listing.**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.44 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jimmy Thai**
**c/o Primer Group of Companies**
**Primer Star Center, 2282 Leon Guinto St.**
**Malate, Manila, 1004 Philippines**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Director of debtor; Precaautionary listing.**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.45 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**John Hancock**
**Life Post-Issue**
**PO Box 55979**
**Boston, MA 02205**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Precatory listing (see Schedule G).**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.46 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jonathan Jaffe (The Jaffe Trust)**
**88 Emerald Bay**
**Laguna Beach, CA 92651**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Shareholder of debtor; Precacutionary listing.**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.47 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Justin Heit**
**7042 Leeward**
**Carlsbad, CA 92011**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Shareholder of debtor; Precacutionary listing.**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Case 18-34162-tmb7   Doc 1   Filed 11/30/18

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $164.00 |
|------|--------------------------------------------------|---------------------------------------------------------------------|---------|

**Kailey Skelton**
**23 Calle Ranchera**
**Rancho Santa Margarita, CA 92688**

Date(s) debt was incurred __2018__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade debt.__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $160.00 |
|------|--------------------------------------------------|---------------------------------------------------------------------|---------|

**Kaitlin Moor**
**3147 S Halm Ave**
**Los Angeles, CA 90034**

Date(s) debt was incurred __2018__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade debt; Inventory purchase.__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|------|--------------------------------------------------|---------------------------------------------------------------------|-------|

**Kelly and Ryan Dawes**
**361 SW 12th Ave**
**Canby, OR 97013**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Shareholder of debtor; Precautionary listing.__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|------|--------------------------------------------------|---------------------------------------------------------------------|-------|

**Kharma Vella**
**3761 SE Kelly**
**Portland, OR 97202**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Shareholder of debtor; Precautionary listing.__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|------|--------------------------------------------------|---------------------------------------------------------------------|-------|

**KPD Insurance**
**PO Box 29**
**Springfield, OR 97277**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Precautionary listing (see Schedule G).__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|------|--------------------------------------------------|---------------------------------------------------------------------|-------|

**Lawrence Matthew Costa**
**20 Alisal Ct**
**Aliso Viejo, CA 92656**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Shareholder of debtor; Precautionary listing.__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|------|--------------------------------------------------|---------------------------------------------------------------------|-------|

**Liberty Mutual Insurance**
**ATTN: OCR**
**PO Box 85834**
**San Diego, CA 92186**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Precautionary listing (see Schedule G).__

Is the claim subject to offset? ■ No ☐ Yes

Case 18-34162-tmb7    Doc 1    Filed 11/30/18

| 3.55 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Madeline Wagner**
**15049 S Eagle Crest Drive**
**Draper, UT 84020**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Shareholder of debtor; Precautionary listing.**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.56 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Mark Chim**
**c/o Primer Group of Companies**
**Primer Star Center, 2282 Leon Guinto St.**
**Malate, Manila, 1004 Philippines**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Director of debtor; Precautinary listing.**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.57 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Markus Nordlin**
**Florastrasse 14**
**88 Thalwil**
**Switzerland**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Shareholder of debtor; Precautionary listing.**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.58 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Martin Ruetz**
**IM Feld 33**
**8926 Kappel AM ALBIS**
**Switzerland**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Shareholder of debtor; Precautionary listing.**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.59 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $960.00 |
|---|---|---|---|

**Mokuyobi**
**1010 Sycamore Ave #315**
**South Pasadena, CA 91030**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2018**

Last 4 digits of account number _

Basis for the claim:  **Trade debt; Inventory purchase.**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.60 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Nahanni Wagner**
**2712 SE 65th Ave**
**Portland, OR 97206**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Shareholder of debtor; Precautionary listing.**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.61 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Nate Bettecker**
**6744 SE Mitchell Ct**
**Portland, OR 97206**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Shareholder of debtor; Precautionary listing.**

Is the claim subject to offset? ■ No  ☐ Yes

Case 18-34162-tmb7   Doc 1   Filed 11/30/18

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|------|---|---|---|

**ND Group**
6905 South 1300 East #499
Midvale, UT 84047

Date(s) debt was incurred  **2018**

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Precautinary listing.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $32,263.37 |
|------|---|---|---|

**Oregon Screen Impressions**
3580 NE Broadway
Portland, OR 97232-1821

Date(s) debt was incurred  **2018**

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt; Inventory purchase.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,696.46 |
|------|---|---|---|

**Paine Pacific, LLC**
3 Monroe Parkway Ste P-250
Lake Oswego, OR 97035

Date(s) debt was incurred ___

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|------|---|---|---|

**Paul J. and Tijana Hamilton, Trustees**
PO Box 5007
Laguna Beach, CA 92652

Date(s) debt was incurred ___

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Shareholder of debtor; Precautionary listing.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $304.00 |
|------|---|---|---|

**Pendleton**
PO Box 5192
Portland, OR 97208-5192

Date(s) debt was incurred  **2018**

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt; Inventory purchase.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|------|---|---|---|

**Pitney Bowes**
292 Madison Ave
5th Floor
New York, NY 10017

Date(s) debt was incurred ___

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Precatory listing (see Schedule G).**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100.00 |
|------|---|---|---|

**Portland Fire & Rescue**
1300 SE Gideon St
Portland, OR 97202

Date(s) debt was incurred  **2018**

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt.**

Is the claim subject to offset? ■ No ☐ Yes

Case 18-34162-tmb7    Doc 1    Filed 11/30/18

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $75.00 |
|---|---|---|---|

**Portland Police Alarm Administration**
**PO Box 1867**
**Portland, OR 97207**

Date(s) debt was incurred **2018**

Last 4 digits of account number **6796**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,477.04 |
|---|---|---|---|

**Raen Optics**
**1722 S Coast Highway 101 Ste 1**
**Oceanside, CA 92054**

Date(s) debt was incurred **2017-18**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt; Inventory purchase.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,733.21 |
|---|---|---|---|

**Rakuten Marketing LLC**
**PO Box 415613**
**Boston, MA 02241-5613**

Date(s) debt was incurred **2018**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $682.70 |
|---|---|---|---|

**REI**
**PO Box 1938**
**Sumner, WA 98390**

Date(s) debt was incurred **2018**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt; Inventory purchase.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Russell Radach**
**451 Hawthorne Rd**
**Laguna Beach, CA 92651**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Shareholder of debtor; Precautionary listing.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Samuel Wagner**
**15049 S Eagle Crest Drive**
**Draper, UT 84020**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Shareholder of debtor; Precautionary listing.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,930.00 |
|---|---|---|---|

**Scikio International**
**41 Floor, Celebrity City Plaza**
**30# North Zhongshan Road**
**Nanjing, 210008, PR China**

Date(s) debt was incurred **7/18**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt; inventory purchase.**

Is the claim subject to offset? ■ No ☐ Yes

Case 18-34162-tmb7    Doc 1    Filed 11/30/18

**3.76** | Nonpriority creditor's name and mailing address
**Scott Ruse**
**2943 NW Julia Street**
**Camas, WA 98607**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*     **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Director, officer and employee of debtor; Precautionary listing.**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.77** | Nonpriority creditor's name and mailing address
**Shark29 Holdings, LLC**
**1730 SW Crane Ave**
**Palm City, FL 34990**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*     **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Shareholder of debtor; Precautionary listing.**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.78** | Nonpriority creditor's name and mailing address
**Shopify Inc**
**150 Elgin Street**
**8th Floor**
**Ottawa, ON, Canada K2P 1L4**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*     **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Precatonary listing (see Schedule G).**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.79** | Nonpriority creditor's name and mailing address
**SocialWithin LLC**
**3300 N Interstate Hwy 35**
**Floor 7**
**Austin, TX 78705**

Date(s) debt was incurred **2018**
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*     **$12,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt.**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.80** | Nonpriority creditor's name and mailing address
**Soulucean**
**1064 Katella St**
**Laguna Beach, CA 92651**

Date(s) debt was incurred **2018**
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*     **$1,635.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt; Inventory purchases.**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.81** | Nonpriority creditor's name and mailing address
**Strong and Hanni**
**102 South 200 East Ste 800**
**Salt Lake City, UT 84111**

Date(s) debt was incurred **2018**
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*     **$8,224.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Legal services.**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.82** | Nonpriority creditor's name and mailing address
**Sunrise Integration**
**6515 W Sunset Blvd Ste 320**
**Los Angeles, CA 90028**

Date(s) debt was incurred **2018**
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*     **$1,300.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt.**

Is the claim subject to offset? ■ No ☐ Yes

Case 18-34162-tmb7    Doc 1    Filed 11/30/18

| 3.83 | Nonpriority creditor's name and mailing address<br>**The Handloom Designs LLC**<br>**2143 Clinton St**<br>**Los Angeles, CA 90026** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$476.00** |
|---|---|---|---|
| | Date(s) debt was incurred __2018__<br>Last 4 digits of account number __ | Basis for the claim: __Trade debt; Inventory purchase.__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.84 | Nonpriority creditor's name and mailing address<br>**The Hanover Insurance Group**<br>**PO Box 580045**<br>**Charlotte, NC 28258-0045** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: __Precatory listing (see Schedule G).__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.85 | Nonpriority creditor's name and mailing address<br>**The James Brand**<br>**2588 El Camino Real Ste F**<br>**PO Box 296**<br>**Carlsbad, CA 92008** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$263.90** |
|---|---|---|---|
| | Date(s) debt was incurred __2018__<br>Last 4 digits of account number __ | Basis for the claim: __Trade debt; Inventory purchase.__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.86 | Nonpriority creditor's name and mailing address<br>**Traeger Wood Pellet Grills**<br>**1215 E Wilmington Ave Ste 200**<br>**Salt Lake City, UT 84106** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,546.00** |
|---|---|---|---|
| | Date(s) debt was incurred __2018__<br>Last 4 digits of account number __ | Basis for the claim: __Trade debt; Inventory purchase.__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.87 | Nonpriority creditor's name and mailing address<br>**Travelers Insurance**<br>**PO Box 660317**<br>**Dallas, TX 75266-0317** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: __Precatory listing (see Schedule G).__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.88 | Nonpriority creditor's name and mailing address<br>**Trustwave Holdings Inc**<br>**75 Remittance Drive Ste 6000**<br>**Chicago, IL 60675-6000** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: __Precatory listing (see Schedule G).__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.89 | Nonpriority creditor's name and mailing address<br>**UPS**<br>**PO Box 894820**<br>**Los Angeles, CA 90189-4820** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$883.93** |
|---|---|---|---|
| | Date(s) debt was incurred __2018__<br>Last 4 digits of account number __ | Basis for the claim: __Trade debt.__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|------|---|---|---|

**Vantiv/Worldpay**
150 Mercury Village Dr
Durango, CO 81301

Date(s) debt was incurred **2018**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$304.01** |
|------|---|---|---|

**VSSL Outdoor Utility Tools**
726 Cherry Street
Sumas, WA 98295

Date(s) debt was incurred **2018**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt; Inventory purchase.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|------|---|---|---|

**Weinland Creative**
1635 N Wygant Street
Portland, OR 97217

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Website maintenance services. Precautionary listing.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|------|---|---|---|

**Wells Fargo Merchant Services**
PO Box 6600
Hagerstown, MD 21741-6600

Date(s) debt was incurred **2018**

Last 4 digits of account number **6699**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|------|---|---|---|

**Wells Fargo Merchant Services**
PO Box 6601
Hagerstown, MD 21741-6600

Date(s) debt was incurred **2018**

Last 4 digits of account number **6994**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|------|---|---|---|

**William Deyak**
5732 SE Belmont St
Portland, OR 97215

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Shareholder of debtor; Precautionary listing.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$35,392.51** |
|------|---|---|---|

**Yakima Products Inc**
PO Box 310576
Des Moines, IA 50331-0576

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt; Inventory purchases.**

Is the claim subject to offset? ■ No ☐ Yes

---

Case 18-34162-tmb7     Doc 1     Filed 11/30/18

| 3.97 | Nonpriority creditor's name and mailing address | | $0.00 |
|---|---|---|---|

**Yotpo**
**33 W 19th Street**
**New York, NY 10011**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **See Schedule G.**
**Precautionary listing.**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Jeffrey Reeves**<br>**Theodora Oringher PC**<br>**535 Anton Blvd, Ninth Floor**<br>**Costa Mesa, CA 92626-7109** | Line  **3.73**<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Jeffrey Reeves**<br>**Theodora Oringher PC**<br>**535 Anton Blvd, Ninth Floor**<br>**Costa Mesa, CA 92626-7109** | Line  **3.31**<br><br>☐ Not listed. Explain ____ | _ |
| 4.3 | **Richard T Avis, Esq**<br>**PO Box 31579**<br>**Chicago, IL 60631** | Line  **3.3**<br><br>☐ Not listed. Explain ____ | _ |

---

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 2,265.21 |
| **5b. Total claims from Part 2** | 5b. + | $ | 248,263.76 |
| **5c. Total of Parts 1 and 2**<br>   Lines 5a + 5b = 5c. | 5c. | $ | 250,528.97 |

Case 18-34162-tmb7    Doc 1    Filed 11/30/18

**Fill in this information to identify the case:**

Debtor name    **Poler, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF OREGON

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Lease for corporate offices; Vacated 9/30/18; See Schedule D.**<br>**Expires 1/31/21 with early termination rights.** | **Bridgehead Master Tenant LLC**<br>**c/o Beam Development**<br>**75 SE Yamhill Street, Ste 201**<br>**Portland, OR 97214** |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Telephone and internet services.**<br><br>**Expires 1/16/20** | **Comcast Business**<br>**PO Box 34744**<br>**Seattle, WA 98124-1744** |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **SonicWall Security.**<br><br>**Expires 1/1/19** | **DirectOne Networking Inc**<br>**4080 SE International Way B106**<br>**Portland, OR 97222** |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Bottled water service. Creditor's water cooler located at debtor's Portland store.**<br>**Monthly** | **DS Services**<br>**200 Eagles Landing Blvd**<br>**Lakeland, FL 33810** |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Affiliate marketing program.** | |
|---|---|---|---|
| | State the term remaining | **Expires 3/2/19** | **Ignite OPM, LLC** |
| | List the contract number of any government contract | | **2000 S Colorado Blvd T1-700**<br>**Denver, CO 80222** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Cloud services - FullCircle.** | |
|---|---|---|---|
| | State the term remaining | **Expires 6/1/19 (renews authomatically)** | **Innovative Systems LLC** |
| | List the contract number of any government contract | | **23382 Mill Creek Dr Ste 125**<br>**Laguna Hills, CA 92653-1697** |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Cargo insurance.** | |
|---|---|---|---|
| | State the term remaining | **Expires 3/1/19** | **Integro USA Inc** |
| | List the contract number of any government contract | | **PO Box 101803**<br>**Pasadena, CA 91189-1803** |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Key persons life insurance.** | |
|---|---|---|---|
| | State the term remaining | **Annual premium due 2/1/19** | **John Hancock**<br>**Life Post-Issue** |
| | List the contract number of any government contract | | **PO Box 55979**<br>**Boston, MA 02205** |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Debtor's insurance agent.**<br>**Note: All insurance listed in Schedule G placed though this agent except the Intergo USA cargo insurance.**<br>**All insurance policies obtained through this broker has expiration dates of 3/1/19.** | |
|---|---|---|---|
| | State the term remaining | | **KPD Insurance** |
| | List the contract number of any government contract | | **PO Box 29**<br>**Springfield, OR 97277** |

Case 18-34162-tmb7    Doc 1    Filed 11/30/18



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Retail store lease (Laguna Beach, CA); Vacated 8/31/18; See Schedule D. Expires 12-31-18** | |
|---|---|---|---|
| | State the term remaining | | **Laguna Coast Properties LLC** |
| | List the contract number of any government contract | | **923 Emerald Bay Laguna Beach, CA 92651** |

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Liability and automobile insurance.** | |
|---|---|---|---|
| | State the term remaining | **Ecxpires 3/1/19** | **Liberty Mutual Insurance** |
| | List the contract number of any government contract | | **ATTN: OCR PO Box 85834 San Diego, CA 92186** |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **Retail store lease (Portland, OR); Currently contains inventory and equipment; Store closed 11/18/18; See Schedule D.** | |
|---|---|---|---|
| | State the term remaining | **Expires 2/28/19 (right to extend expired 11/3/18)** | **Magnolia Properties** |
| | List the contract number of any government contract | | **824 NW Albemarle Terrace Portland, OR 97210** |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **Warehousing services (See Schedule D).** | |
|---|---|---|---|
| | State the term remaining | | **OIA Global** |
| | List the contract number of any government contract | | **2100 SW River Parkway Ste 800 Portland, OR 97201** |

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **Boarderfee-optimized website.** | |
|---|---|---|---|
| | State the term remaining | **Expires 3/1/19** | **Pitney Bowes** |
| | List the contract number of any government contract | | **292 Madison Ave 5th Floor New York, NY 10017** |

Case 18-34162-tmb7    Doc 1    Filed 11/30/18



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.15.** State what the contract or lease is for and the nature of the debtor's interest — **Website hosting, software and ecommerce services. Next payment due 12/26/18. Expires 9/25/19**

State the term remaining

List the contract number of any government contract

**Shopify Inc**
**150 Elgin Street**
**8th Floor**
**Ottawa, ON, Canada K2P 1L4**

**2.16.** State what the contract or lease is for and the nature of the debtor's interest — **Digital marketing services.**

State the term remaining — **Monthly**

List the contract number of any government contract

**SocialWithin LLC**
**3300 N Interstate Hwy 35, Floor 7**
**Austin, TX 78705**

**2.17.** State what the contract or lease is for and the nature of the debtor's interest — **Management liability insurance.**

State the term remaining — **Expires 3/1/19**

List the contract number of any government contract

**The Hanover Insurance Group**
**PO Box 580045**
**Charlotte, NC 28258-0045**

**2.18.** State what the contract or lease is for and the nature of the debtor's interest — **Workmers compensation insurance.**

State the term remaining — **Expires 3/1/19**

List the contract number of any government contract

**Travelers Insurance**
**PO Box 660317**
**Dallas, TX 75266-0317**

**2.19.** State what the contract or lease is for and the nature of the debtor's interest — **Cloud log monitoring. Debtor in possession of three devices owned by Trustwave. Expires 2/1/21**

State the term remaining

List the contract number of any government contract

**Trustwave Holdings Inc**
**75 Remittance Drive Ste 6000**
**Chicago, IL 60675-6000**

**2.20.** State what the contract or lease is for and the nature of the debtor's interest — **Website development**

State the term remaining — **Monthly**

**WEINLAND Creative**
**1635 N Wygant Street**
**Portland, OR 97217**

Case 18-34162-tmb7   Doc 1   Filed 11/30/18

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| List the contract number of any government contract _____ | |

| 2.21. | State what the contract or lease is for and the nature of the debtor's interest | **Digital marketing services.  Billed every 6 months, paid through 11/18.  Semi-annual billing of $7,510.46. Expires 6/6/19** | |
|---|---|---|---|
| | State the term remaining | | **Yotpo** |
| | List the contract number of any government contract _____ | | **33 W 19th Street New York, NY 10011** |

Case 18-34162-tmb7    Doc 1    Filed 11/30/18

Fill in this information to identify the case:

Debtor name    **Poler, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF OREGON

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                                 12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
| --- | --- | --- | --- |
| **Name** | **Mailing Address** | **Name** | Check all schedules that apply: |
| 2.1  **JB Wagner** | **15049 S Eagle Crest Dr**<br>**Draper, UT 84020**<br>**Unknown whether JB Wagner guaranteed this credit card.  Listed for discloure purposes only.** | **American Express** | ☐ D _____<br>■ E/F ___3.7___<br>☐ G _____ |

Case 18-34162-tmb7    Doc 1    Filed 11/30/18

Debtor name     **Poler, Inc.**

United States Bankruptcy Court for the:     DISTRICT OF OREGON

Case number (if known)   _____

☐ Check if this is an
   amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy     04/16

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Income**

1.   **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From **1/01/2018** to **Filing Date** | ☐ Operating a business ■ Other   **Retail sales** | **$3,628,602.71** |
| **For prior year:** From **1/01/2017** to **12/31/2017** | ☐ Operating a business ■ Other   **Retail sales** | **$7,219,414.00** |
| **For year before that:** From **1/01/2016** to **12/31/2016** | ☐ Operating a business ■ Other   **Retail sales** | **$7,719,783.00** |

2.   **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|

**List Certain Transfers Made Before Filing for Bankruptcy**

3.   **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1.     **SEE attached Exhibit SOFA-3** | | **$0.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.     **SEE attached Exhibit SOFA-4** | | **$0.00** | |
| 4.2.     **Note: Debtor takes no position on<br>whether the transferrees listed on<br>Exhibit SOFA-4 are insiders.** | | **$0.00** | |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was<br>taken | Amount |
|---|---|---|---|

**Part 3:**    Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ■ None.

| Case title<br>Case number | Nature of case | Court or agency's name and<br>address | Status of case |
|---|---|---|---|

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

   ■ None

**Part 4:**    Certain Gifts and Charitable Contributions

Poler Inc
Payments Listed by Vendor

| Name and Address | Date | Amounts | Reason |
|---|---|---|---|
| Ben Allnutt | 08/20/2018 | 7,700.00 | Services |
| 8 Aragon Road | 09/17/2018 | 7,950.00 | Services |
| Bedfordshire MK452TL | 09/25/2018 | 7,950.00 | Services |
| United Kingdom | | 23,600.00 | |
| | | | |
| Bridgehead Master Tenant LLC | 08/29/2018 | 9,307.26 | Rent |
| 75 SE Yamhill St Ste 201 | 09/10/2018 | 465.37 | Rent |
| Portland, OR 97214 | 10/16/2018 | 8,652.64 | Rent |
| | | 18,425.27 | |
| | | | |
| CA Tax & Fee Administration | 09/17/2018 | 4,883.00 | Sales Taxes |
| PO Box 942879 | 10/26/2018 | 407.00 | Sales Taxes |
| Sacramento, CA 94279 | | 5,290.00 | |
| | | | |
| Heaton USA, LLC - Cape Capener | 08/31/2018 | 13,157.86 | Consultant services |
| PO Box 2501 | 09/05/2018 | 1,536.41 | Consultant services |
| Rancho Santa Fe, CA 92067 | 09/28/2018 | 13,207.36 | Consultant services |
| | 10/26/2018 | 12,500.00 | Consultant services |
| | 10/29/2018 | 980.99 | Consultant services |
| | 10/29/2018 | 86.05 | Consultant services |
| | | 41,468.67 | |
| Innovative Systems LLC | 09/25/2018 | 2,435.10 | Software access |
| 23382 Mill Creek Dr Ste 125 | 10/11/2018 | 2,156.00 | Software access |
| Laguna Hills, CA 92653-1697 | 11/13/2018 | 3,408.10 | Software access |
| | | 7,999.20 | |
| Intermediary Trade Consultancy | 09/27/2018 | 11,700.00 | Inventory |
| 603 Stewart St, Ste 200 | 10/05/2018 | 15,595.85 | inventory |
| Seattle, WA 98101 | | 27,295.85 | |
| Jiangsu Acome (HK)Outdoor Products | 08/27/2018 | 64,744.25 | inventory |
| Unit 2017, 2/F, San Po Kong | 09/27/2018 | 64,982.95 | inventory |
| Kowloon, Hong Kong | | 129,727.20 | |
| | | | |
| Magnolia Properties | 09/04/2018 | 11,874.59 | Rent |
| 824 NW Albemarle Terrace | 10/01/2018 | 11,874.59 | Rent |
| Portland, OR 97210 | 10/29/2018 | 11,874.59 | Rent |
| | | 35,623.77 | |

| Name and Address | Date | Amounts | Reason |
|---|---|---|---|
| OIA Global | 08/31/2018 | 16,445.52 | Warehouse services |
| 2100 SW River Parkway Ste 800 | 09/25/2018 | 1,024.80 | Warehouse services |
| Portland, OR 97201 | | 17,470.32 | |
| | | | |
| Providence Health Plan | 08/31/2018 | 7,760.40 | Employee benefits |
| PO Box 4167 | 10/01/2018 | 6,043.30 | Employee benefits |
| Portland, OR 97208-4167 | 10/31/2018 | 9,290.05 | Employee benefits |
| | | 23,093.75 | |
| | | | |
| Stephen T. Boyke | 08/22/2018 | 2,500.00 | Legal services |
| 10211 SW Barbur Blvd., Ste 206A | 09/06/2018 | 10,000.00 | Legal services |
| Portland, OR 97219 | 10/25/2018 | 5,000.00 | Legal services |
| | 11/09/2018 | 13,907.30 | Legal services |
| | | 31,407.30 | |
| | | | |
| UPS | 08/23/2018 | 7,988.49 | Shipping services |
| PO Box 894820 | 08/29/2018 | 5,451.80 | Shipping services |
| Los Angeles, CA 90189-4820 | 09/05/2018 | 2,616.45 | Shipping services |
| | 09/12/2018 | 1,426.40 | Shipping services |
| | 09/19/2018 | 75.48 | Shipping services |
| | 10/04/2018 | 707.56 | Shipping services |
| | 10/10/2018 | 1,498.76 | Shipping services |
| | 10/22/2018 | 307.65 | Shipping services |
| | 10/31/2018 | 268.02 | Shipping services |
| | | 20,340.61 | |
| | | | |
| Weinland Creative | 09/25/2018 | 10,000.00 | Website maintenance |
| 1635 N Wygant Street | | | |
| Portland, OR 97217 | | | |
| | | | |
| Wells Fargo | 09/11/2018 | 689.05 | Merchant processing |
| 1 Western Maryland Parkway | 09/13/2018 | 13.79 | Merchant processing |
| 1st Floor | 09/13/2018 | 17.38 | Merchant processing |
| Hagerstown, MD 21740 | 09/13/2018 | 35.86 | Merchant processing |
| | 09/13/2018 | 362.97 | Merchant processing |
| | 09/13/2018 | 745.99 | Merchant processing |
| | 09/13/2018 | 2,284.47 | Merchant processing |
| | 09/13/2018 | 0.73 | Merchant processing |
| | 10/11/2018 | 221.31 | Merchant processing |
| | 10/11/2018 | 285.04 | Merchant processing |
| | 10/11/2018 | 769.30 | Merchant processing |
| | 10/11/2018 | 23.52 | Merchant processing |
| | 10/11/2018 | 36.31 | Merchant processing |
| | 10/11/2018 | 52.07 | Merchant processing |
| | 10/11/2018 | 584.01 | Merchant processing |
| | 11/12/2018 | 1,418.52 | Merchant processing |

| Name and Address | Date | Amounts | Reason |
|---|---|---|---|
| | 11/12/2018 | 431.71 | Merchant processing |
| | 11/12/2018 | 255.46 | Merchant processing |
| | 11/12/2018 | 157.01 | Merchant processing |
| | 11/12/2018 | 54.15 | Merchant processing |
| | 11/12/2018 | 60.02 | Merchant processing |
| | 11/13/2018 | 513.71 | Merchant processing |
| | | 9,012.38 | |

In re Poler, Inc.

Poler Inc
Payments Listed by Vendor

| Name and Address | Date | Amounts | Reason |
|---|---|---|---|
| Primer Seawood Investments | 12/21/2017 | 40,000.00 | Sec/uns loan payment |
| Primer Group of Companies | 01/25/2018 | 50,000.00 | Sec/uns loan payment |
| Primer Star Center | 03/01/2018 | 12,441.27 | Sec/uns loan payment |
| 2282 Leon Guinto St. | 03/29/2018 | 13,774.27 | Sec/uns loan payment |
| Malate, Manila, 1004 Philippines | 04/27/2018 | 13,329.94 | Sec/uns loan payment |
| | 05/30/2018 | 13,774.27 | Sec/uns loan payment |
| | 06/27/2018 | 13,329.94 | Sec/uns loan payment |
| | | 156,649.69 | |
| | | | |
| Scott Ruse | 11/16/18 | 10,247.59 | PTO payout |
| 2943 NW Julia St | | | |
| Camas, WA 98607 | | | |
| | | | |
| American Express | 11/25/2017 | 69,144.68 | Credit card payment |
| PO Box 981535 | 11/26/2017 | 30,000.00 | Credit card payment |
| El Paso, TX 79998-1535 | 11/28/2017 | 10,610.97 | Credit card payment |
| | 12/06/2017 | 39,209.20 | Credit card payment |
| | 12/18/2017 | 40,050.54 | Credit card payment |
| | 01/02/2018 | 20,008.37 | Credit card payment |
| | 02/01/2018 | 35,402.99 | Credit card payment |
| | 02/27/2018 | 14,827.49 | Credit card payment |
| | 03/18/2018 | 29,521.20 | Credit card payment |
| | 04/02/2018 | 30,000.00 | Credit card payment |
| | 04/24/2018 | 21,753.98 | Credit card payment |
| | 05/11/2018 | 20,000.00 | Credit card payment |
| | 05/24/2018 | 20,000.00 | Credit card payment |
| | 05/29/2018 | 18,182.25 | Credit card payment |
| | 06/08/2018 | 25,000.00 | Credit card payment |
| | 06/26/2018 | 25,000.00 | Credit card payment |
| | 07/12/2018 | 34,890.89 | Credit card payment |
| | 07/18/2018 | 3,232.76 | Credit card payment |
| | 07/23/2018 | 3,918.76 | Credit card payment |
| | 07/27/2018 | 6,306.28 | Credit card payment |
| | 07/30/2018 | 6,414.24 | Credit card payment |
| | 08/02/2018 | 4,958.72 | Credit card payment |
| | 08/06/2018 | 4,552.05 | Credit card payment |
| | 08/08/2018 | 2,548.99 | Credit card payment |
| | 08/13/2018 | 5,063.84 | Credit card payment |
| | 08/15/2018 | 5,064.81 | Credit card payment |
| | 08/23/2018 | 5,595.41 | Credit card payment |
| | 08/31/2018 | 3,335.81 | Credit card payment |
| | 09/13/2018 | 2,270.07 | Credit card payment |
| | 09/18/2018 | 3,485.33 | Credit card payment |
| | 10/02/2018 | 3,805.15 | Credit card payment |
| | 10/15/2018 | 1,075.89 | Credit card payment |
| | 10/22/2018 | 2,743.41 | Credit card payment |

Poler Inc
Payments Listed by Vendor

| Name and Address | Date | Amounts | Reason |
|---|---|---|---|
| | 11/12/2018 | 2,864.90 | Credit card payment |
| | 11/13/2018 | 171.13 | Credit card payment |
| | 11/15/2018 | 2,685.01 | Credit card payment |
| | 11/13/2018 | 171.13 | Credit card payment |
| | 11/15/2018 | 2,685.01 | Credit card payment |
| | | 556,551.26 | |

In re Poler, Inc.

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:    Certain Payments or Transfers**

11. **Payments related to bankruptcy**
   List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1.  **Law Office of Stephen T. Boyke**<br>**10122 SW Barbur Blvd., Suite 206A**<br>**Portland, OR 97219** | **Retainer of $3,000 received 8/14/18; Billing of $3,286.12 on 8/14/18.** | **8/14/18** | **$3,000.00** |
| Email or website address | | | |
| Who made the payment, if not debtor? | | | |
| 11.2.  **Law Office of Stephen T. Boyke**<br>**10122 SW Barbur Blvd., Suite 206A**<br>**Portland, OR 97219** | **Retainer of $2,500 received 8/28/18; Retainer of $10,000 received 9/11/18; Billing of $4,916.12 on 9/14/18.** | **9/14/18** | **$4,916.12** |
| Email or website address | | | |
| Who made the payment, if not debtor? | | | |

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.3. | **Law Office of Stephen T. Boyke** **10122 SW Barbur Blvd., Suite 206A** **Portland, OR 97219** | **Billing of $5,364.86 paid from retainer on 10/15/18.** | **10/15/18** | **$5,364.86** |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |
| 11.4. | **Law Office of Stephen T. Boyke** **10122 SW Barbur Blvd., Suite 206A** **Portland, OR 97219** | **Retainer of $5,000 received 11/5/18; Billing of $8,791.32 on 11/8/18.** | **11/8/18** | **$7,219.02** |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |
| 11.5. | **Law Office of Stephen T. Boyke** **10122 SW Barbur Blvd., Suite 206A** **Portland, OR 97219** | **Retainer of $13,907.30 received 11/9/18 (this includes $12,335 flat fee for filing chapter 7 case); Balance of prior bill ($1,572.30) paid 11/12/18.** | **11/12/18** | **$1,572.30** |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |
| 11.6. | **Law Office of Stephen T. Boyke** **10122 SW Barbur Blvd., Suite 206A** **Portland, OR 97219** | **Flat fee of $12,335.00 paid from retainer.** | **11/21/18** | **$12,335.00** |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
   List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
   Do not include transfers already listed on this statement.

   ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:    Previous Locations**

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | **1360/1370 S Coast Highway Laguna Beach, CA 92651** | **1/1/16 to 8/31/18** |
| 14.2. | **123 NE 3rd Ave Ste 004 Portland, OR 97232** | **1/1/15 to 9/30/18** |

**Part 8:    Health Care Bankruptcies**

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If  debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:    Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

Case 18-34162-tmb7    Doc 1    Filed 11/30/18

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

    ■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

    ■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

    ☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| **Best Logistics Solutions**<br>**Unit C, 4/F, China Insurance Building**<br>**48 Carmeron Road, TST**<br>**Kowlooh, Hong Kong** | **Best Logistics Solutions** | **Inventory.** | ☐ No<br>■ Yes |
| **OIA Global**<br>**2100 SW River Parkway Ste 800**<br>**Portland, OR 97201** | **OIA Global** | **Inventory** | ☐ No<br>■ Yes |
| **Public Storage**<br>**9912 SE Division St**<br>**Portland, OR 97266** | **Benji Wagner; Ben Gaines.** | **Inventory, samples, misc.** | ☐ No<br>■ Yes |
| **Ramp Logistics**<br>**6485 Oak Canyon**<br>**Irvine, CA 92618** | **Ramp Logistics** | **Inventory** | ☐ No<br>■ Yes |
| **Note:** | **Inventory at manufaturers' facilities (and not fully paid for by debtor) is not listed here. See Schedule D for that information.** | | ☐ No<br>■ Yes |

| **Part 11:** | Property the Debtor Holds or Controls That the Debtor Does Not Own |
|---|---|

Case 18-34162-tmb7    Doc 1    Filed 11/30/18

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

## Part 12:    Details About Environment Information

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☑ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

## Part 13:    Details About the Debtor's Business or Connections to Any Business

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| 25.1. **Poler, LLC**<br>**413 SW 10th Ave**<br>**Portland, OR 97205** | **Same as debtor. This single member LLC merged into debtor 1/2/18. It is disregarded for tax purposes and does not have a separate EIN.** | EIN:    **None**<br><br>From-To   **2012-2018** |

Case 18-34162-tmb7    Doc 1    Filed 11/30/18

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| 25.2. **Polerstuff.com, LLC**<br>**413 SW 10th Ave**<br>**Portland, OR 97205** | **Same as debtor. This single member LLC merged into debtor 1/2/18. It is disregarded for tax purposes and does not have a separate EIN.** | EIN: **None**<br><br>From-To **2012-2018** |
| 25.3. **Poler Store, LLC**<br>**413 SW 10th Ave**<br>**Portland, OR 97205** | **Same as debtor. This single member LLC merged into debtor 1/2/18. It is disregarded for tax purposes and does not have a separate EIN.** | EIN: **None**<br><br>From-To **2012-2018** |

26. **Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1. **Kelly Dawes**<br>**361 SW 12th Ave**<br>**Canby, OR 97013** | **2012 to 2017** |
| 26a.2. **Bookkeeping Matters Inc**<br>**Jennifer Rodriguez**<br>**PO Box 541**<br>**Donald, OR 97020** | **2017** |
| 26a.3. **Lori Peterman**<br>**10508 NE 111th Ct**<br>**Vancouver, WA 98662** | **2017 to present (employee of debtor)** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26b.1. **Geffen Mesher**<br>**888 SW 5th Ave Ste 800**<br>**Portland, OR 97204** | _____ to<br>**Petition Date** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. **Poler, Inc.**<br>**413 SW 10th Ave**<br>**Portland, OR 97205** | **Records stored at retail store and on office desktop and laptop computers.** |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

**Name and address**

| | Name and address |
|---|---|
| 26d.1. | **LSQ**<br>**4804 NW Bethany Blvd, Suite I-2 183**<br>**Portland, OR 97229** |
| 26d.2. | **SnapCap**<br>**701 E Bay St, Suite 414**<br>**Charleston, SC 29403** |
| 26d.3. | **Primer Seawood Investments**<br>**Primer Star Center**<br>**2282 Leon Guinto St**<br>**Malate, Manila, 1004 Philippines** |
| 26d.4. | **United Capital Partners LLC**<br>**1001 Texas Avenue, Ste 1400**<br>**Houston, TX 77002** |
| 26d.5. | **Standard Fiber/CorTna**<br>**1031 S Douglas St**<br>**Salt Lake City, UT 84105** |
| 26d.6. | **Schoolhouse Electric**<br>**2181 NW Nicolai Street**<br>**Portland, OR 97210** |
| 26d.7. | **Thermo Credit**<br>**639 Loyola Ave Suite 2565**<br>**New Orleans, LA 70113** |
| 26d.8. | **Peterson Partners**<br>**2755 East Co[onwood Parkway**<br>**Salt Lake City, UT 84121** |
| 26d.9. | **California Bank of Commerce**<br>**160 W Santa Clara St Ste 650**<br>**San Jose, CA 95113** |
| 26d.10. | **Breakaway Capital**<br>**1901 Avenue of the Stars Ste 360**<br>**Los Angeles, CA 90067** |
| 26d.11. | **Tim Hershey**<br>**Unknown** |
| 26d.12. | **Paine Pacific**<br>**3 Monroe Parkway Ste P-250**<br>**Lake Oswego, OR 97035** |
| 26d.13. | **Cascadia Capital**<br>**1000 2nd Ave Ste 1200**<br>**Seattle, WA 98104** |
| 26d.14. | **La Jolla Group**<br>**14350 Myford Road**<br>**Irvine, CA 92606** |
| 26d.15. | **Montecito Capital Management**<br>**225 E Carrillo Street Ste 203**<br>**Santa Barbara, CA 93101** |
| 26d.16. | **Mizu**<br>**2225 Faraday Ave Suite E**<br>**Carlsbad, CA 92008** |

Case 18-34162-tmb7    Doc 1    Filed 11/30/18

| Name and address |
|---|
| 26d.17.  **Oregon Angel Fund**<br>**760 SW 9th Ave Ste 2380**<br>**Portland, OR 97205** |

## 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No

■ Yes. Give the details about the two most recent inventories.

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| 27.1. | **Unknown** | **January 2017 and January 2018** | **Unknown; These inventories were taken at various warehouses holding debtor's inventory** |
| | Name and address of the person who has possession of inventory records<br>**See Schedule D** | | |
| 27.2. | **Brandon Smith** | **January 2017 and January 2018** | **$181,013.36 and $100,341.48, both at cost; Inventory taken by store manager at Laguna Beach retail store; Remaining inventory shipped to Portland, OR store when Laguna Beach store closed.** |
| | Name and address of the person who has possession of inventory records<br>**Poler, Inc.**<br>**413 SW 10th Ave**<br>**Portland, OR 97205** | | |
| 27.3. | **Nate Sablan** | **January 2017, January 2018 and November 18, 2018** | **$120,157,88, $158.805.56 and $34,606.94, all at cost; Inventory taken by store manager at Portland retail store.** |
| | Name and address of the person who has possession of inventory records<br>**Poler, Inc.**<br>**413 SW 10th Ave**<br>**Portland, OR 97205** | | |

## 28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **JB Wagner** | **15049 S Eagle Crest Dr**<br>**Draper, UT 84020** | **Board of directors member; Shareholder (through family trust).** | **Common stock: 45.07%; Series A Preferred Stock: 17.11%; Series B Preferred Stock:  0.00%.** |

Case 18-34162-tmb7    Doc 1    Filed 11/30/18

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Benjamin Wagner | 2712 SE 65th Ave<br>Portland, OR 97206 | Board of directors member; Vice-president; Shareholder. | Common stock: 20.72%; Series A Preferred Stock: 1.47%; Series B Preferred Stock: 0.00%. |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Scott Ruse | | Board of directors member; Chief financial officer. | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Mark Chim | c/o Primer Group of Companies Primer Star Center, 2282 Leon Guinto St.<br>Malate, Manila, 1004 Philippines | Board of directors member. | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Jimmy Thai | c/o Primer Group of Companies Primer Star Center, 2282 Leon Guinto St.<br>Malate, Manila, 1004 Philippines | Board of directors member. | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Primer Seawood Investments PTE LTD | Primer Group of Companies Primer Star Center, 2282 Leon Guinto St.<br>Malate, Manila, 1004 Philippines | | Series B Preferred Stock: 83.22%. |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Glenn Rogers | 1832 Oceanway Laguna Beach, CA 92651 | Board of directors member; Shareholder. | 2012 through 10/2018. |

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Benjamin Wagner**<br>**2712 SE 65th Ave**<br>**Portland, OR 97206** | **Annual salary of $160,000, plus benefits and cell phone.** | **Bi-weekly.** | **Full-time employee as Creative Director.** |
| | **Relationship to debtor**<br>**BOD member; Vice-president; Shareholder; Employee** | | | |
| 30.2. | **Scott Ruse**<br>**2943 NW Julia Street**<br>**Camas, WA 98607** | **Annual salary of $145.000 plus benefits.** | **Biweekly** | **Full time employee as Chief Financial Officer.** |
| | **Relationship to debtor**<br>**BOD member; CFO; Employee.** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
□ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
□ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | |

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     **November 30, 2018**

**/s/ Scott Ruse**                                      **Scott Ruse**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    **CFO**

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?

■ No
□ Yes        Note:  Exhibits SOFA-3 and SOFA-4 are inserted within the Statement of Financial Affairs, supra.

Case 18-34162-tmb7    Doc 1    Filed 11/30/18

In re   **Poler, Inc.**

Debtor(s)

Case No. _____

Chapter  **7** _____

# VERIFICATION OF CREDITOR MATRIX

I, the CFO of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **November 30, 2018**

**/s/ Scott Ruse**

**Scott Ruse/CFO**

Signer/Title