# United States Bankruptcy Court
## District of Oregon

In re **Poler, Inc.**

Debtor(s)

Case No.

Chapter **7**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Poler, Inc.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Green City Investment, LLC**
**3121 SW Moody Ave**
**Portland, OR 97239**

**Primer Seawood Investments PTE LTD**
**PRIMER GROUP OF COMPANIES**
**Primer Star Center, 2282 Leon Guinto St.**
**Malate, Manila, 1004 Philippines**

☐ None [*Check if applicable*]

**November 30, 2018**
Date

**/s/ Stephen T. Boyke**
**Stephen T. Boyke 881628**
Signature of Attorney or Litigant
Counsel for **Poler, Inc.**
**Law Office of Stephen T. Boyke**
**10122 SW Barbur Blvd., Suite 206A**
**Portland, OR 97219**